# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   8:24-mj-1616-NHA |
| Robert Bouton McDougal | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 2020 to Present_____ in the county of _____Pasco_____ in the _____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(a) | Stalking |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Sibohan Carroll, FBI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   April 19, 2024

_____
*Judge's signature*

City and state:         Tampa, Florida

NATALIE HIRT ADAMS, U.S. Magistrate Judge
_____
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Siobhan Carroll, being duly sworn, declare and state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been so employed since 2016. I am currently assigned to the FBI's Tampa Headquarters Office as a member of the Joint Terrorism Task Force ("JTTF"). During my assignment with the FBI, I have conducted and/or assisted in many national security and criminal investigations, to include matters involving domestic and international terrorism, as well as crimes related to federal violations of Title 18 of the United States Code. I have training and experience in the enforcement of the laws of the United States, including the preparation and presentation of affidavits in support of warrants issued under the authority of the United State. As a federal task force officer, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

2. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in enforcing federal criminal laws and I am authorized by the Attorney General to request an arrest warrant, among other things, for violations of the laws of the United States.

3. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for Robert Bouton McDOUGAL (McDOUGAL) for violation of 18 U.S.C. § 2261A(2)(a) (Stalking).

4. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, intelligence analysts, and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of this investigation. The dates, times, and amounts discussed herein are approximate. Moreover, where the content of records and the actions, statements, and conversations of others are described, they are described in sum and substance and in part, except where otherwise indicated.

## STATUTORY AUTHORITY

5. 18 U.S.C. § 2261A(2)(a) makes it a federal crime for any a person, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, to use the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, in order to engage in a course of conduct that places a person in reasonable fear of death of or serious bodily injury to that person, an immediate family member, or a spouse or intimate partner, or that person's animal, or that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to that person, an immediate family member, or a spouse or intimate partner.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

Investigation Background

6. In or about July of 2020, the FBI was made aware of social media activity in which McDOUGAL, who currently resides in Costa Mesa, California, made online threats towards an identified individual residing in the Middle District of Florida (Victim 1) and that individual's family. The investigation revealed the following information.

7. In or about February of 2020, McDOUGAL was admitted to a hospital in Pasco County, Florida. Victim 1 was a doctor with whom McDOUGAL consulted prior to surgery, and Victim 1 then performed surgery on McDOUGAL. In an interview with law enforcement, Victim 1 indicated that, to the best of his recollection, he and McDOUGAL had never met or interacted prior to February 2020.

8. Following the surgery, and beginning in or about June 2020, McDOUGAL started making threatening online videos and posts directed at Victim 1 for what McDOUGAL considered an unnecessary surgery with complications. From that time forward, the campaign of harassment and threats continued, with the most recent post being March 29, 2024.

9. Going back until at least August 2020, McDOUGAL has made over 25 online posts. Some of these posts are videos of McDOUGAL in which he is threatening to harm Victim 1 and/or Victim 1's family. In some of McDOUGAL's posts, he screamed these threats at the camera. McDOUGAL also made at least one threatening phone call to Victim 1's medical practice. Overall, McDOUGAL engaged

in a persistent course of conduct to harass, intimidate, and place in reasonable fear of death or serious bodily injury Victim 1 and Victim 1's spouse and children.

10. McDOUGAL communicated these threats via telephone, and online platforms, including Facebook, YouTube, Reddit, and Substack.

11. McDOUGAL's course of conduct placed Victim 1 and his family in serious fear of harm from McDOUGAL and caused them substantial emotional distress. McDOUGAL's course of conduct further caused Victim 1 and his family to make lifestyle changes and enhance security out of fear of McDOUGAL.

<u>McDOUGAL's Threatening Posts</u>

12. Below are examples of the threats McDOUGAL made from August 2020 until the present.

13. On or about August 17, 2020, McDOUGAL posted a video on his Facebook page in which he said, "…I swear to God, [Victim 1]… everyone at [identified hospital], I'm gonna to fucking slaughter all of you, I am gonna fucking set your whole family on fire, I am gonna fucking knife off the limbs of every fucking family member, I'm gonna fucking murder you all." The video ended with the following statement directed at Victim 1: "I'll get my hands on your children! I will fuckin decapitate them!" Note that in all videos posted on Facebook and YouTube, McDOUGAL is observed as the person speaking in the video.

14. On or about August 26, 2020, McDOUGAL utilized telephone number ending in -6674 to call the medical practice owned by Victim 1. The office staff recognized the telephone number ending in -6674 as the contact number listed in

McDOUGAL's medical file. A member of the office staff (Witness 1) answered the phone, and during the subsequent conversation McDOUGAL identified himself and stated that he planned to come to the office to kill Victim 1 and then kill himself.

15. On or about October 17, 2020, McDOUGAL posted a YouTube video. In this video, McDOUGAL appeared visibly angry and at times yelled into the camera. Among other things, McDOUGAL stated, concerning Victim 1, "What I want to do to your children, what I want to do them, I want to inflict a level of pain and a level of suffering that is unparalleled." He further stated, "I hate you, [Victim 1's first name] I hate you…I am on the run right now and I'm coming for you, I'm coming for you."

16. On or about November 7, 2020, McDOUGAL posted a video on YouTube titled: "I didn't know trying to get a doctors note for blood in my urine would destroy all my dreams." McDOUGAL further stated, among other things: "[Victim 1's first name], you lied to my face, now you`re dead meat, you`re dead meat". McDOUGAL further stated:

> [Victim 1 first name], I want to decapitate you. But first I want you to watch, I want mental pain. I want to skin your wife`s head alive. I want to take your house, smash it. I want to cut your limbs off [Victim 1 first name]. I want to take your hands, cut your hands off. Then I want to take them, and I want to beat you over the head with them. [Victim 1 first name], I hate you.

17. On or about November 16, 2020, McDOUGAL posted a YouTube video titled, "HIS NAME IS [Victim 1 first name] AND HE IS NOT GOING TO BE

OKAY." Below are two quotes McDOUGAL said throughout the video and their approximate time stamps:

Minute 0:55: "I hate you, [Victim 1 first name]. I want your body, [Victim 1 first name]. I wanna take knives [Victim 1 first name] and I wanna cut you all up, [Victim 1 first name]. I wanna hurt you, [Victim 1 first name]. I want to hurt you, [Victim 1 first name]. I wanna slaughter you, I wanna slaughter your [inaudible]."

Minute 1:52: "[Victim 1 first name], you need to die. [Victim 1 first name], you need to be pain."

18.     On or about November 23, 2020, McDOUGAL posted a YouTube video titled, "I WILL REVERSE THE CHANGES [Victim 1 first and last name] UNLEASHED UPON MY BODY". McDOUGAL made this video while seated in a car. At points throughout the video two other female voices can be heard but they do not appear on camera. Below are a series of quotes McDOUGAL says throughout the video and their approximate time stamps.

Minute 2:00: "[Victim 1 first name] it's just you [Victim 1 first name] I mean I wake up [Victim 1 first name] and I think about how much I think about you [Victim 1 first name] every waking second, from the moment I go to bed, I think about [Victim 1 first name]. I think about [Victim 1 first name]. I think about hurting [Victim 1 first name]. I think about hurting [Victim 1 first name] and I know this is the only way this ends. I know that this ends with me hurting [Victim 1 first name]. I know this ends with, with, [Victim 1 first and last name ] the body of [Victim 1 first name]. I`m getting my hands on that body. I'm getting my hands on that body of [Victim 1 first and last name]"

Minute 2:28 – [Female Voice 1] says "I'm getting my hands on the motherfucker."

Thereafter, McDOUGAL and two women had a back-and-forth conversation:

[Female Voice 1] says "Let's just all three fuckin drive there."

6

[Female Voice 2] says: "Yea, let's just do it."

[Female Voice 1] says "Let's fuckin do it. You want to? I'm serious, I'm dead fuckin serious."

McDOUGAL: "Yea", "Please let's do it", I'm ready to go"

[Female Voice 1] says "I'm serious dude."

McDOUGAL: "Let's drive all the way across the country."

[Female Voice 1] says "How do we get the money?"

McDOUGAL: "Let's all the way, fuckin four-day road trip."

[Female Voice 1] says "You get the money and I'm driving."

McDOUGAL: "Um"

[Female Voice 1] says "I'm serious, you-I'm not even joking, I`m not even just saying it."

McDOUGAL: "Yea"

[Female Voice 1] says "Let's do this" and "There's a talk about it and there's a do it, let's be the do-er"

19.     Victim 1 obtained a protection order against McDOUGAL that was served in California on or about April 27, 2021. The protective order has not stopped McDOUGAL from making threats to Victim 1 and Victim 1's immediate family.

20.     On or about July 21, 2023, McDOUGAL, utilized telephone number ending in -6674 to send a text message to Witness 2, stating:

Should I just do a murder suicide? I obviously need to take out [Victim 1 first name] who came out of nowhere and is responsible for destroying my life with his lies and deception. Craving getting my hands on [Victim

1 first name] is the only thing that kept me going. I hate him every waking second. I`ll never accept his self-serving lies and deception. His sociopathy. I can`t believe someone with much that pure cruelty and capacity to lie exist.

21.     October 14, 2023, McDOUGAL posted two videos on his YouTube channel. The first video was titled "ALMOST 4 YEARS LATER I NONSTOP THINK ABOUT [Victim 1] ." Among other things, McDOUGAL stated: "I've been thinking about you nonstop every single day nonstop for years [Victim 1 first name]"; "you don't cross me [Victim 1 first name]"; and "I don't know who the fuck you are, who the fuck do you think are you [Victim 1 first name] you don't cross me [Victim 1 first name]."

22.     The second video posted on or about October 14, 2023, was titled, "WHY DO CREATURES LIKE [Victim 1 first name] EXIST!!!!!!!!!!!!!!!!!! I THINK ABOUT [Victim 1 first name] AND NOTHING BUT [Victim 1  first name]!!!!" Below are a series of quotes McDOUGAL says throughout the video and their approximate time stamps:

> Minute 0: "I've [inaudible] you [Victim 1 first name] I've wanted you [Victim 1 first name] I [screaming inaudible] [Victim 1 first name]."
>
> Minute 1: "[Victim first, middle, and last name] You [Victim 1 first name] I fucking hate you [Victim 1 first name] I want to touch your body [Victim 1 first name] I want to touch your children I want to hurt them I want to hurt you [Victim 1 first name] so badly."
>
> Minute 1:26: "[Victim 1 first, middle, and last name] You motherfucker I want to touch you [Victim 1 first name] I want to touch you I want to skin you alive."
>
> Minute 2:28: "Had there been no complications I still would be threatening to hurt you I still would want to hurt you I would be just as

suicidal and ready to take you out and just touch you [Victim 1 first name] touch you touch you in all kinds of disturbing ways."

23. On or about January 18, 2024, a post made by RobertBMcDougal to Reddit group u/UlcerativeColitis stated, "I would rather kill [Victim 1 first name] and be in prison than go on with him being alive."

24. On or about March 29, 2024, McDOUGAL posted an article to Substack[1] titled "How My Large Intestine Was Stolen." In this article McDOUGAL referenced Victim 1 by name and stated, in part, the following:

> So [Victim 1 first name], if you're reading this, I know what you fucking did you son of a bitch. I will NEVER stop coming for you. Not a second has gone by in the four years you decided to approach me and catch me off guard. You fucking knew I would have told you to get away from me if you tried explaining elective reasons. Your ability to take no for an answer is going to cost you everything. I promise you this: your decision to cross me will be the worst mistake of your fucking life…
>
> I want to kill this man. I want to genocide his family. I want him tortured, skinned alive, mutilated…
>
> This all ends with me killing him, of course…
>
> I see a body like this. And all I can think about is the jiggling it will undergo as it is pulverized. All that flubber is going to be violently shaken. His body will jiggle. There will be nothing left of his face. This repulsive, scumbag body needs to be obliterated…
>
> I occasionally don't want his death to be quick. I want it to be slow. I want him to think about me every time he cums for the rest of his life. I dream of seeing him limbless and blind, but conscious. I want bones

---

[1] Substack is an American online platform that provides publishing, payment, analytics, and design infrastructure to support subscription newsletters. It allows writers to send digital newsletters directly to subscribers, but a subscription is not needed to view posts. Substack is open source and readily available to anyone.

shattered into pieces. He needs to think about the decision he made that morning to lie to my face in order to do a non-consensual elective surgery disguised as an emergency. There is something more disturbing than death. A consciousness trapped in a body experiencing nothing but physical and emotional pain and regret. I want [Victim 1 first name] to experience whatever that is in the most extreme possible way…

[Victim 1 first name] works at [identified hospital in the Middle District of Florida]. He needs to be gunned down in the parking lot. He needs to be thrown in the back of a truck, and tortured. Brutally tortured. He needs to feel levels of pain no living creature has ever felt.

25. The Facebook threats discussed above were posted at https://www.facebook.com/themcdougalbugle with display name "Robert McDougal" and UID 100002693658209. Subscriber information obtained from Meta, Inc. for that account resolved to McDOUGAL with the phone number ending in -6674, which is the same phone number used by McDOUGAL to call Victim 1's office.

26. The YouTube threats discussed above were posted to http://www.youtube.com/channel/UCvoDlYS8OFUrP70KNTFxLew with a display name of McDougal Bugle, @robertmcdougal6640. The display picture for the account is McDOUGAL. Subscriber information obtained from YouTube, Inc., for that account resolved to McDOUGAL with email themcdougalbugle@gmail.com. Subscriber information obtained from Google for that email address also resolved to McDOUGAL, once again with phone ending in -6674.

27. The Substack threats discussed above were posted to an account titled "Robert's Newsletter" at robertmcdougal.substack.com. McDOUGAL sent the posted threats directly to Witness 3 who has known and communicated with

10

McDOUGAL for more than three years. Witness 3 brought the threats to the attention of the hospital where Victim 1 works.

## CONCLUSION

28. Based on the above, there is probable cause to believe that McDOUGAL has violated 18 U.S.C. § 2261A(2)(c). Accordingly, I respectfully request issuance of the proposed Criminal Complaint and Arrest warrant.

Respectfully submitted,

Siobhan Carroll
Task Force Officer
Federal Bureau of Investigation

Affidavit submitted by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 this 19th, day of April 2024.

NATALIE H. ADAMS
United States Magistrate Judge