UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:24-cr-00312-VMC-SPF

ROBERT BOUTON MCDOUGAL

## GOVERNMENT'S STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 13, 2024, the United States herein states as follows:

1. Brief summary of the case's status:

The defendant is charged with one count of 18 U.S.C. §§ 2261A(2)(a) (Stalking) and three counts of 18 U.S.C. §875(c) (Interstate Transmission of a Threat to Injure). Doc. 16.

2. Possibility of a plea agreement:

    The defendant and government are discussing the possibility of a plea.

3. Number of days required for trial, for government's case-in-chief:

    Approximately 3 to 4 days.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination:

    None at this time.

5. Potential speedy trial problems:

   None at this time.

6. Defense counsel, Bjorn Brunvand, is currently in a capital murder trial in Highlands County, State of Florida v. Joseph Ables, scheduled to last through November 1, 2024. Defense counsel needs additional time to properly prepare this matter for trial or resolution short of trial. This case is currently set on the Court's November trial calendar. Defense respectfully requests a continuance to the December trial calendar. The defendant has waived his right to a speedy trial through December 31, 2024. The government does not oppose this request.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Karyna Valdes
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov

U.S. v. McDougal                                              Case No. 8:24-cr-00312-VMC-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov