UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                             CASE NO. 8:24-cr-00312-VMC-SPF

ROBERT BOUTON MCDOUGAL,
a/k/a "McDougal Bugle"

## **UNITED STATES' WITNESS LIST**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this list of witnesses that it may call during its presentation at the sentencing hearing.

1. Dr. Jared Frattini

2. Mrs. Cathy Frattini

3. Special Agent William Tidwell, Federal Bureau of Investigation

4. Detective Siobhan Carroll, Pasco Sheriff's Office

5. Jesse DePaolo, Federal Bureau of Investigation

                         Respectfully submitted,

                         GREGORY W. KEHOE
                         United States Attorney

By:   */s/ Karyna Valdes*
       Karyna Valdes
       Assistant United States Attorney
       Florida Bar No. 0122261
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Karyna.Valdes@usdoj.gov