UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:24-cr-312-VMC-SPF

ROBERT BOUTON MCDOUGAL

### UNITED STATES' SENTENCING MEMORANDUM

For four years, starting in or around July 2020, Robert Bouton McDougal ("McDougal") engaged in a persistent course of conduct to harass, intimidate, and place in reasonable fear of death or serious bodily injury a victim doctor (victim), his wife, and minor children. Continuing through at least March 2024, McDougal continuously, posted online threats, made threatening calls, and otherwise harassed the victim doctor and his family. Additionally, a forensic review of McDougal's phone revealed that in the days leading up to his arrest, McDougal was making plans to carry out an attack on the victim and his minor child.

The United States files this sentencing memorandum requesting that this Court imposed a 4-level upward variance and sentence McDougal to eight years imprisonment followed by three years of supervised release. A 4-level upward variance would provide a guidelines range of 78-97 months.

I.      Background

On April 19, 2024, United States Magistrate Judge Natalie Hirt Adams signed a criminal complaint and arrest warrant for McDougal for violation of 18 U.S.C. § 2261A(2)(A) (Cyber Stalking). On May 2, 2024, McDougal was arrested in Seattle,

1

Washington. On July 9, 2024, a federal grand jury sitting in the Middle District of Florida returned an indictment charging McDougal with one count of Cyber Stalking in violation of 18 U.S.C. §§ 2261A(2)(A) and three counts of interstate threats in violation of 18 U.S.C. § 875(c). McDougal stated that he wished to proceed to trial but on the morning of trial, March 24, 2024, he entered an open plea. His sentencing hearing is scheduled for December 19, 2025.

## II.    Presentence Investigation Report

The Probation Officer determined that McDougal's guideline term of imprisonment range is 51 - 63 months. PSR ¶ 89. McDougal's raw offense level is 18 and his total adjusted offense level is 22. He received a 4-level increase because McDougal engaged in a pattern of activity involving stalking, threatening, harassing, or assaulting the victim. PSR ¶ 39. Specifically, McDougal violated the stalking injunction that was issued on January 28, 2021, by repeatedly making threats to the victim including threats to use a knife to skin and decapitate the victim and bomb the victim's place of work. PSR ¶ 39.

He has a criminal history category of III, a statutory minimum penalty of one year for Count One and a statutory maximum penalty of five years for Counts One, Two, Three, and Four. The applicable period of supervised release is a maximum of three years per count. PSR ¶ 91.

For the reasons that follow, the government is requesting a 4-level upward variance which would provide a guidelines range of 78-97 months. This Court

2

should sentence McDougal to eight years imprisonment followed by three years of supervised release.

### III.    Argument in support of an upward variance

McDougal's conduct, when considering the sentencing factors set forth in 18 U.S.C. § 3553(a), calls for an upward variance. For years, McDougal threatened and harassed the victim and his family. A forensic review of McDougal's phone also revealed that in the days leading up to his arrest, McDougal was planning to carry out an attack on the victim and his minor child.

Section 3553(a)(1) provides that, in determining a sentence, courts must consider the nature and circumstances of the offense, as well as the history and characteristics of the defendant. Additional factors outlined in section 3553(a)(2) include the need for the sentence to reflect the seriousness of the offense; to promote respect for the law; to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed education or vocational training, medical care, or other corrective treatment in the most effective manner. Consideration of these factors necessitates an upward variance in this case.

#### A.    Nature and circumstances of the offense

The seriousness, relentlessness, extended duration, and escalation of McDougal's offense conduct demonstrate the necessity of an 8-year sentence.

1. <u>The threats are violent and unrelenting</u>

In February of 2020, McDougal was admitted to a hospital in Pasco County, Florida. PSR ¶ 9. The victim is a doctor who performed surgery on McDougal during that ER visit. PSR ¶ 9. Following the surgery, and beginning in June 2020, McDougal started making threatening online videos and posts directed at the victim. PSR ¶ 10.

McDougal posted at least 24 written and video threats directed at the victim, his wife, and his minor children, with the most recent post being March 29, 2024, shortly before his arrest. PSR ¶ 10. McDougal communicated threats via telephone, and online platforms, including Facebook, YouTube, Reddit, X (formally known as Twitter), Instagram, and Substack. PSR ¶ 10.

On July 26, 2020, McDougal, using the Instagram account name, "robertbouton," posted a photograph of the victim with the following text:

> KNIFING THIS MANS FACE OFF!!!!! Tampa General, Trinity Medical Center Advent Health, Tarpon PD WILL be bombed to pieces. You don't cut me open and give me a million health problems, give me stretch marks, you don't tase me, you don't take out the organs my mommy made. I didn't want this. I said no I'd like to wait. He backed me into a corner. I DIDNT WANT THIS SURGERY!!!!!!!! WHEN IM APPREHENSIVE YOU RESPECT THAT!!!!!!!!!!!!!!!!!!!!!!!!!! NOW MY LIFE IS RUINED!!!!!!!!!!!!!!!!!!!!! HE DOESNT GET TO WALK!!!!!!! I WAS TALKING JUST FINE!!!!!! I COULD HAVE SURVIVED THE PERFORATION AND JUSTGONE HARD ON KELJANZ AND STALERA!!!!!!!!!!!!!!! IM NEVER LETTING MY COLON GO!!!!!!!!!!!!!!!. PSR ¶ 12.

a.  Count Two

On August 17, 2020, McDougal posted a video on his Facebook page in which he stated:

> "…I swear to God, [the victim's name]… everyone at [identified hospital], I'm gonna to fucking slaughter all of you, I am gonna fucking set your whole family on fire, I am gonna fucking knife off the limbs of every fucking family member, I'm gonna fucking murder you all." PSR ¶ 13.

The video ended with the following statement directed at the victim: "I'll get my hands on your children! I will fuckin decapitate them!" PSR ¶ 13.

McDougal also made at least one threatening phone call to the victim's medical practice. PSR ¶ 11. On August 26, 2020, McDougal called the medical practice, and a member of the office staff answered the phone. PSR ¶ 11. During the subsequent conversation, McDougal identified himself and stated that he planned to come to the office to kill the victim and then kill himself. PSR ¶ 11.

On November 7, 2020, McDougal posted a threatening video on YouTube titled: "I didn't know trying to get a doctors note for blood in my urine would destroy all my dreams." PSR ¶ 17. McDougal further stated, among other things:

> "[Victim1], you lied to my face, now you're dead meat, you're dead meat." PSR ¶ 17.

McDougal also stated:

> [The victim's name], I want to decapitate you. But first I want you to watch, I want mental pain. I want to skin your wife's head alive. I want to take your house, smash it. I want to cut your limbs off [the victim's name]. I want to take your hands, cut your hands off. Then I want to take them, and I want to beat you over the head with them. [the victim's name], I hate you. PSR ¶ 17.

5

On November 16, 2020, McDougal posted a YouTube video titled, "HIS NAME IS [the victim's name] AND HE IS NOT GOING TO BE OKAY." PSR ¶ 18. Below are two quotes McDougal stated during the video and their approximate time stamps:

> Minute 0:55: "I hate you, [the victim's name]. I want your body, [The victim's name] I wanna take knives [the victim's name] and I wanna cut you all up, [the victim's name]. I wanna hurt you, [The victim's name]. I want to hurt you, [The victim's name]. I wanna slaughter you, I wanna slaughter your [inaudible]." Minute 1:52: "[the victim's name], you need to die. [the victim's name], you need to be pain." PSR ¶ 18.

2.    McDougal was served with a Stalking Injunction

On January 28, 2021, McDougal was served with a Stalking Injunction effective until January 22, 2026, (Pasco County, Florida, Case No. 2020DR006029DRAXWS) ordering McDougal to have no contact with the victim. PSR ¶ 21. The Prohibits Actions section of the Order provides:

> Respondent shall not commit, or cause any other person to commit,
> any acts of stalking against Petitioner, including stalking, cyberstalking, aggravated stalking, or any criminal offense resulting
> in physical injury or death. Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word or act to do violence to the Petitioner. PSR ¶ 21.

On July 21, 2023, McDougal utilized telephone number ending in -6674 to send a text message to Witness 1, which stated the following:

> Should I just do a murder suicide? I obviously need to take out [the victim's name] who came out of nowhere and is responsible for destroying my life with his lies and deception. Craving getting my hands on [the victim's name] is the only thing that kept me

6

going. I hate him every waking second. I`ll never accept his self-serving lies and deception. His sociopathy. I can`t believe someone with much that pure cruelty and capacity to lie exist. PSR ¶ 22.

Witness 1 consulted with McDougal before his surgery. After Witness 1 received the threat, he contacted law enforcement. PSR ¶ 23.

      b.  <u>Count Three</u>

On October 14, 2023, McDougal posted a threatening video on YouTube. The first video was titled "WHY DO CREATURES LIKE [the victim's name] EXIST!!!!!!!! I THINK ABOUT [the victim's name] AND NOTHING BUT [the victim's name]!!!!." In this video, McDougal yelled into the camera. McDougal threatened to "skin [the victim's name] alive." He further stated:

> "what I want to do to your children, what I want to do them, I want to inflict a level of pain and a level of suffering that is unparalleled." "I hate you, [the victim's name] I hate you…I am on the run right now and I'm coming for you, I'm coming for you." PSR ¶ 14.

On January 18, 2024, RobertBMcDougal made a post to Reddit group u/UlcerativeColitis stating, "I would rather kill [the victim's name] and be in prison than go on with him being alive." PSR ¶ 12.

On March 29, 2024, McDougal posted an article to Substack titled "How My Large Intestine Was Stolen." In this article, McDougal referenced the victim by name and stated, in part, the following:

> I want to kill this man. I want to genocide his family. I want him tortured, skinned alive, mutilated…
>
> This all ends with me killing him, of course…

[the victim's name] works at [identified hospital in the Middle District of Florida]. He needs to be gunned down in the parking lot. He needs to be thrown in the back of a truck, and tortured. Brutally tortured. He needs to feel levels of pain no living creature has ever felt.

### B.    History and characteristics of the defendant

McDougal's history and characteristics are equally as troubling. The victim and his family are not the defendant's first victims. McDougal has previously been served with protective injunctions, has repeatedly chosen to disobey court orders, and has had violent episodes.

In fact, McDougal committed the instant offense while serving a sentence in violation of a protective order issued in Orange County, California (Docket No.: 17-WM-1373). PSR ¶ 52. McDougal was a student at Orange Coast College until he began harassing and disobeying a teacher and the school resource officers. McDougal was unhappy with a grade that he received on an assignment, and he subsequently began harassing the teacher. See Exhibit 1, People's Sentencing Brief in case no. 22WF2015. The teacher obtained a court ordered no-contact protective order which McDougal violated many times. McDougal returned to the campus many times and, on one occasion, carved racial slurs into the sides of two campus security vehicles. *See* Exhibit 1. The college then obtained its own restraining order against McDougal which he again violated many times. *Id*. In one email to the teacher (in direct violation of a restraining order) McDougal wrote, "OCC will never

have peace until I can take the classes I want to take. I'm still gonna be doing this in 30 years nonstop." *Id.*

On August 30, 2018, McDougal pleaded guilty to Ct. 1) Vandalism, Ct. 2) Disturbing Public School and a Public-School Meeting, Ct. 3) Remaining on Campus Without Consent, Ct. 4) Resisting and Obstructing an Officer, and Cts. 5-8) Violation of a Protective Order. PRS ¶ 49. He was sentenced to probation in that case and he subsequently, once again, violated his probation many times. *Id.*

It is highly concerning to the government that protective orders and criminal convictions did not deter McDougal's behavior. In fact, it appears that his behavior escalated. The People's Sentencing Brief, filed on December 10, 2020, by Deputy District Attorney Deborah Kwon (Exhibit 2) outlines 18 violations. For example, on February 26, 2018, McDougal engaged in a high-speed pursuit through a residential neighborhood to evade law enforcement. On March 19, 2019, McDougal again email the teacher (in violation of the protective order). On January 26, 2020, McDougal communicated with Orange Coast College through Twitter. He tweeted at Coast Report and Orange Coast regarding one of OCC's coaches dying on the helicopter flight that killed former NBA player Kobe Bryant, saying, "Good!!!," "Fuck OCCC," "OCC and their staff are getting what they deserve for being bullies," and "more to come." That same day, he was contacted and interviewed by Tarpon Springs Police Department, in Florida; McDougal confirmed that he had been staying in Florida in his parents' AirBnB, and that he had warrants. McDougal's mother confirmed that she flew him to Florida to get him away from his problems in

9

California -- a direct violation of the Court's orders to maintain residence as directed by Probation.

McDougal's personal history and characteristics weigh strongly in favor of an upward variance.

### C. Seriousness of the offense, the need for adequate deterrence, and just punishment

3.     McDougal has shown no remorse for his crimes and is likely to reoffend

On the advice of counsel, McDougal declined to comment on acceptance of responsibility beyond the statement of facts and the admission of guilty he made at the plea hearing. PSR ¶ 34. Even more concerning were the findings in defense's own expert report. Dr. Jeffrey A. Danziger diagnosed McDougal with Autism Spectrum Disorder, without language or intellectual impairment, but opined that McDougal has the capacity to appreciate that his conduct is wrong and a violation of the law. Further, as part of his assessment Dr. Danziger consulted with autism spectrum disorders expert Dr. Kim Spence who stated that McDougal falls in the "resentful stalker category," with a high risk for the recurrence of the stalking behavior.

Dr. Danziger, at defense's request, conducted a psychiatric evaluation and authored a report detailing his findings. According to his report, McDougal completed high school and acquired some college credits. He has lived on his own and over the years has been able to make As and Bs in his classes. His mother described him as highly intelligent but with compulsions that he has no control over.

Dr. Danziger observed McDougal's intellect to be "at least in the average range, and possibly above average."

When asked about the victim, McDougal told Dr. Danziger that he still had a lot of bitterness and feelings of rage. When asked how he believed his actions might have impacted the victim and his family, McDougal stated, "emotional stress would be good, the doctor is a cold-blooded psychopath." McDougal further stated that the doctor lied, took his organ, and made his life miserable, and he hopes the doctor thinks about what he did.

    4.  McDougal was making plans to carryout an attack on the victim and his minor child

The FBI reviewed McDougal's phone and discovered that he spent days researching ways to kill the victim and his son. PRS ¶ 24. McDougal, among other things, researched the following: "North Pinellas Advent Health Parking Lot" (where he believed the victim worked), "remote controlled robot," "AR-15 style rifles," "wifi in forest," "drones, industrial drones heavy load," "drone controlled anywhere," and "the AR-15 the drone that can fire an assault rif..," and he also apparently attempted to purchase a drone. PRS ¶ 24. Further, while conducting this research he was simultaneously informing his family and friends on how he planned to kill the victim and the victim's child. PRS ¶ 24.

For example, McDougal sent the following text message to his friend L., "This does end with me killing Jared." PRS ¶ 25. McDougal sent these text messages to his mother: "This end with me killing Jared."; "There is a forest across from

Jared's office"; "I could have a camera pointed at the parking spaces in front of his office. The second I see him, I control a drone with attached assault rifles and direct it to charge at him and blast away"; and "I could control this from anywhere in the world." PRS ¶ 26. McDougal also sent another individual a video of a drone, that had been outfitted with a firearm, , shooting. PRS ¶ 27.

Additionally, McDougal visited and discussed the victim child's MileSplit page[1]. PRS ¶ 28. McDougal took a screen shot of the child's MileSplit athlete page and sent the following message to L.: "How gravely should I hurt him" "ANSWER ME!!" "How should I hurt [child's first name]?" PRS ¶ 28. Finally, McDougal made a 16-minute video in which he states, "I need to hurt you" "I will walk up to River [unintelligible] middle school [victim's first name] and I will fucking shoot [child's first and last name] in the fucking face, I will shoot your middle school son in the face [victim's first name], and then I'm going to stab him in the neck with a knife…" PRS ¶ 29.

An upward variance is just punishment and is necessary. McDougal is not remorseful for his actions, he is an intelligent man who appreciates that his conduct is wrong, and he is likely to reoffend. Also, although not an element of his offenses, the government can show that he was making plans to attack the victim and his child. McDougal's threats and violent outbursts are therefore not only directed at

---

[1] MileSplit is a network for high school track & field and cross-country web sites. It provides in-depth state-by state coverage of the sport and produces content such as meet coverage, live streaming, breaking news stories, features, and recruiting coverage.

those who he thinks wronged him. He was making plans and telling others that he was planning on killing the victim's child.

5.  The victim and his family have suffered under McDougal's reign of terror

The victim and his family are and have been in serious fear of harm from McDougal for years. This has caused them substantial emotional distress. McDougal's threats and cyber stalking have caused the victim and his family to make lifestyle changes and pay for enhanced security out of fear. The victim's family installed security cameras at their home and at the victim's medical practice. They began screening calls and lived in fear of an attack. They have been cautious when attending their children's extracurricular activities and have felt helpless.

## D. Conclusion

This Court should sentence McDougal to eight years imprisonment followed by three years of supervised release. An upward variance is necessary in this case for the following reasons: For years, McDougal threatened and harassed the victim and his family. A forensic review of McDougal's phone also revealed that in the days leading up to his arrest, McDougal was planning on carrying out an attack on the victim and his minor child. McDougal's threats are violent and unrelenting, and he persisted in making them even after he was served with a Stalking Injunction. The victim and his family are not McDougal's first victims. McDougal has previously been served with protective injunctions, has repeatedly chosen to disobey court orders, and has had violent outbursts against those he feels have wronged him.

McDougal is not remorseful for his actions. He is an intelligent man who appreciates that his conduct is wrong, and he is likely to reoffend.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Karyna Valdes
      Karyna Valdes
      Assistant United States Attorney
      Florida Bar No. 122261
      400 N. Tampa Street, Ste. 3200
      Tampa, FL 33602
      Phone: (813) 274-6000
      Fax: (813) 274-6103
      Email: Karyna.Valdes@usdoj.gov

**U.S. v. McDougal**                    **Case No. 8:24-cr-312-VMC-SPF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 18, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Bjorn Erik Brunvand, Esq.

By: <u>*/s/ Karyna Valdes*</u>
Assistant United States Attorney
Florida Bar No. 122261
400 N. Tampa St., Ste. 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-Mail: Karyna.Valdes@usdoj.gov
