TODD SPITZER, DISTRICT ATTORNEY
COUNTY OF ORANGE, STATE OF CALIFORNIA
BY:   DEBORAH KWON
      Deputy District Attorney
      State Bar Number 301787
700 Civic Center Drive West
Santa Ana, California 92701
Telephone: (714) 834-3952

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 1 0 2020

DAVID H. YAMASAKI, Clerk of the Court

BY:_____L. WIGHT_____,DEPUTY

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

# IN AND FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No.: 17WF1373 |
| Plaintiff, | |
| vs. | PEOPLE'S SENTENCING BRIEF FOR THE PROBATION VIOLATIONS OF DEFENDANT ROBERT BOUTON MCDOUGAL |
| ROBERT BOUTON MCDOUGAL | |
| Defendant. | |

To the Honorable Court, Defendant, and his Attorney of Record, the People of the State of California hereby submit the following sentencing brief for the probation violations of defendant Robert McDougal:

## I.    STATEMENT OF FACTS

On July 12, 2018, Robert McDougal (hereinafter "Defendant") pled guilty to the following counts:

1. PC594(A)/(B)(1):VANDALISM- DAMAGE $400 OR MORE;

MISDEMEANOR PURSUANT TO COURT'S PC17(B) MOTION

1

2. PC626.4(D):  REMAIN ON CAMPOUS WITHOUT CONSENT, MISDEMEANOR

3. PC148(A)(1): RESIST AND OBSTRUCT OFFICER, MISDEMEANOR

4. PC273.6(A): VIOLATION OF A PROTECTIVE ORDER, MISDEMEANOR

5. PC273.6(A): VIOLATION OF A PROTECTIVE ORDER, MISDEMEANOR

6. PC148(A)(1): RESIST AND OBSTRUCT OFFICER, MISDEMEANOR

7. PC594(A)/(B)(1): VANDALISM, - DAMANGE $400 OR MORE, MISDEMEANOR

8. VC31: FALSE INFORMATION TO A PEACE OFFICER, MISDEMEANOR

9. PC148(A)(1): RESIST AND OBSTRUCT OFFICER, MISDEMEANOR

A probation and sentencing report was ordered on this case, and the Court sentenced the Defendant on August 30, 2018 to the following:

As to count 1, the court sentenced the Defendant to 1 year in Orange County jail. The sentence was suspended and Defendant was placed on 3 years of informal probation. As to Counts 2 through 8, the court sentenced the Defendant to 6 months in Orange County jail, which was stayed; the court placed the Defendant on 3 years formal probation.

Among other probation terms, the Defendant was ordered to maintain residence as approved by probation, violate no laws, and obey all orders, rules, and regulations and directives of the Court, Jail, and Probation. Additionally, Defendant was ordered not to post on social media about the case, Orange Coast College, or the case victims. He was specifically prohibited from contacting Amy H., and a separate no-contact protective order protecting Amy H. was filed. Since then, the Defendant has violated the terms of his probation numerous times and in various ways.

2

## II.    AN OVERVIEW OF DEFENDANT'S VIOLATIONS, HISTORY OF PROBATION REPORTS, AND COURT ORDERS

1. On October 12, 2018, Defendant responded to a KTLA article about his case. He left a comment saying, "Listen up you fucking vile cunt, I was tackled, tortured, pepper sprayed... by OCC Public safety guards..."[1]

2. On October 14, 2018, Defendant sent messages through Facebook messenger, asking "Coast Report"(the Orange Coast College newspaper) to delete and retract everything they had ever printed about him.[2]

3. On February 26, 2019, Defendant engaged in a high speed pursuit through a residential neighborhood, evading police officers, then running into his house. [3]Probation filed a petition for arraignment on the probation violation on March 13, 2019.

4. On March 14, 2019, Defendant emailed Amy H., in direct violation of his probation terms, protective order, and a temporary restraining order. The case is currently filed under 19WM04260. Probation filed another petition for this probation violation on March 14, 2019. The court then revoked probation as to counts 2-8 per the petition, to which the Defendant entered a denial of violation.

5. Defendant failed to report to probation in violation of his probation officer's orders on March 18, 2019. The Defendant was given a second opportunity to report to probation later that day; he again failed to comply. Probation contacted Defendant's father and left a Notice to Report, further instructing him to report to Probation on March 19, 2019. Again, he failed to report. Probation specifically noted that probationer appears to be avoiding supervision, and recommended Defendant serving 100 days in custody. Probation also recommended a warrant be issued. Probation filed a petition for Defendant's warrant on March 21, 2019. On March 26, 2019, the petition for warrant of arrest was denied.

---

[1]Documented in CMPD DR 18-014596
[2] Per Probation Petition submitted to court on 3/14/19 - documented in CMPD 18-014295
[3] Documented in CMPD 19-003022

3

6. On May 2, 2019, Defendant was not present for his arraignment on the Probation Violation. No bench warrant was issued as Defendant was not informed of the hearing. On May 17, 2019, Defendant again failed to appear. A bench warrant was issued.

7. On January 26, 2020, Defendant communicated with Orange Coast College through Twitter. He tweeted at Coast Report and Orange Coast regarding one OCC's coaches dying on the helicopter flight that killed former NBA player Kobe Bryant, saying, "Good!!!," "Fuck OCCC," "OCC and their staff are getting what they deserve for being bullies," and "more to come." [4] On that same day, he posted messages about how "society will pay for my loneliness." That same day, he was contacted and interviewed by Tarpon Springs Police Department, in Florida; Defendant confirmed that he had been staying in Florida in his parents' AirBnB, and that he had warrants.[5] Defendant's mother confirmed that she flew him to Florida to get him away from his problems in California.[6] This is a direct violation of the Court's orders to maintain residence as directed by Probation.

8. On March 15, 2020, the Pasco Sheriff's department was dispatched to Trinity Medical Center, Florida, regarding Defendant's statements to his doctor that he had exchanged explicit texts with a 15 year old while pretending to be 17 years old. Defendant was 24 years old at the time. When contacted by the police, the Defendant denied making such statements to the doctor.[7] This further confirmed Defendant's presence in Florida, in direct violation of the Court's orders.

On April 7, 2020, a motion to terminate probation was filed and subsequently vacated. The Court ordered warrant to remain.

---

[4] Documented in CMPD 20-001264
[5] Warrant TS#20-2281
[6] Documented in Tarpon Springs Report #20-2281 and CMPD 20-001264
[7] Documented in Pasco Sheriff 20-29031

4

9. On June 7, 2020, Defendant was hospitalized at Florida Advent North Hospital under the Baker Act.[8] On that date, Defendant tried to run away from hospital supervision. When officers arrived, Defendant tried to grab a wooden stake out of the ground while saying, "I'm going to kill you." Defendant ultimately had to be tased.[9] Defendant later posted a photo on Instagram which shows him with a face-mask and on a plane, with the caption "[peace sign] Florida," suggesting he is either arriving in, or leaving from Florida.[10]

10. On July 27, 2020, Defendant posted a video on Instagram about knifing the doctor that operated on his colon in Florida, Dr. Jared F. In that video, he named several medical centers as well. He also made a statement about Tarpon Police Department being "bombed to pieces."[11] In that video, he also confirmed being back in California. Probation filed a petition for probation violation on August 31, 2020.

11. On August 17, 2020, Defendant posted a video threatening Dr. Frattini, Dr. Debra Angelo, and everyone at Trinity Medical Center, saying "I'm going to fucking slaughter all of you," and "I'm going to fucking murder you all," and "Congratulations Dr. Frattini, you fucked my life straight to hell and I'm gonna fucking make you pay, I'll get my hands on your children and I will fucking decapitate them," and "I'm going to set your whole family on fire. I'm going to knife off the limbs of every fucking family member. I'm going to fucking murder you all."[12]

12. On August 25, 2020, Defendant was stopped for speeding by Newport Beach PD, during which he confirmed he was on probation for violating restraining orders and for vandalism.[13]

13. On August 26, 2020, Defendant called Dr. Frattini's medical office. He told the receptionist that he planned to come to the office and kill Dr. Frattini and himself.[14] He made a second

---

[8] Appears to be equivalent to California WIC section 5150 procedure
[9] Documented in Tarpon Springs PD (Florida) Rpt # 20-16380
[10] Id.
[11] Documented in Tarpon Springs report 20-21485
[12] Facebook video
[13] Newport Beach Police Report
[14] Documented in Pasco Sheriff DR 20-029124

5

call, and the Defendant told the call-taker that he was going to take a screwdriver and stab Dr. Frattini and his children in the face with the screwdriver. He also said, "I'm going to kill him and myself."[15] CMPD attempted to contact the Defendant. Defendant's mother ultimately did not provide Defendant's cellphone number for the police to contact him.

14. On August 28, 2020, CMPD was called out due to Defendant speeding, and driving recklessly, and throwing trash around the neighborhood. Defendant's parents confirmed it was Defendant driving, confirmed that Defendant needs to be "locked up," and that Defendant is refusing to take his medication. A WIC 5150 hold was placed on him.[16]

On August 31, 2020, probation filed another Petition for Arraignment on Probation Violation, citing the July 26, 2020 and August 26, 2020 incident documented by Pasco Sheriff's Office in Florida. Probation noted that Defendant is a danger to the community and to himself, and that he has no intentions of cooperating with supervision. The Court revoked Defendant's own recognizance status and issued a bench warrant hold.

On September 1, 2020, defendant's mother, Marla Maclane addressed the court on the record. The court withdrew the warrant issued on August 31, 2020.

On September 4, 2020, Defendant's mother, Marla Maclane was present in court; Defendant was not present in court. The People requested Defendant be taken into custody per the new law violation(s); the court ordered Defendant be released on his own recognizance, upon condition of him not subscribing to or having access to any online internet service without probation's permission. Defendant was also ordered not to drive a vehicle.

---

[15] Documented in CMPD 20-010843
[16] Documented in CMPD 20-010931

6

On September 18, 2020, the Court was informed that Defendant was currently hospitalized; the People requested and was granted additional O/R terms, including a no contact order from Dr. Jared Frattini, Catherine F., Dr. Debra Angelo, and several medical centers and the Tarpon Springs Police Department.

15. On September 29, 2020, Defendant threw waste from his colostomy bag at a citizen and employee outside the Target store in Costa Mesa.[17]

On October 2, 2020, the People made an oral motion to have the Defendant remanded into custody. In lieu of jail, the Court ordered the Defendant to wear a GPS ankle monitor; Defendant was ordered not to leave his home unless it is for necessary medical treatment, and is accompanied by a medical professional, parent, or law enforcement.

16. On October 5, 2020, McDougal's probation officer scheduled an appointment to get the GPS installed; Defendant failed to appear for the appointment. On October 9, 2020, the Court was made aware of Defendant's failure to comply with the court's order and directions of the probation officer and revoked Defendant's own recognizance status and set bail at $100,000 for the probation violation.

17. On October 17, 2020, Defendant uploaded a Youtube video; this appears to be either the same video or very similar content from the 8/17/20 video documented by Florida. In this video, Defendant screamed about his "raw hatred" and "rage" for Dr. Frattini, saying "I have never anyone this much."[18]

On October 22, 2020, the People made an oral motion to set bail at No Bail; the Court granted the motion.

---

[17] Documented in CMPD 20-012692
[18] Youtube video

7

18. On November 7, 2020, Defendant posted another Youtube video addressing it to "Jared" (Frattini) and "everyone at Trinity Medical Center." In that video, you can hear a female in the background saying, "you're gonna [sic] kill yourself... oh he's at it again." On the same day, he posted a second video, or a continuation of the first video, continuing to talk about the medical procedure that resulted in him getting a colostomy bag.

### III.    THE DEFENDANTS' MAXIMUM EXPOSURE

. According to the Tahl filed on July 12, 2018, the maximum penalty for all charges was 10 years local jail. The court reduced the felony vandalism to a misdemeanor with a one year lid.

### IV.    GENERAL OBJECTIVES IN SENTENCING

Pursuant to California Rule of Court 4.410(a), **general objectives of sentencing include:**

(1) Protecting society;

(2) Punishing the defendant;

(3) Encouraging the defendant to lead a law-abiding life in the future and deterring him or her from future offenses;

(4) Deterring others from criminal conduct by demonstrating its consequences;

(5) Preventing the defendant from committing new crimes by isolating him or her for the period of incarceration;

(6) Securing restitution for the victims of crime; and

(7) Achieving uniformity in sentencing.

Furthermore, Penal Code section 1203.1 states that a court granting probation may impose a term of imprisonment, a fine, and other reasonable conditions that it considers fitting and proper to

8

the end that justice may be done, that amends may be made to society for the breach of the law, for any injury done to any person resulting from that breach, and generally and specifically for the reformation and rehabilitation of the probationer.

## A. CIRCUMSTANCES IN AGGRAVATION

The following circumstances in aggravation were present pursuant to CRC 4.421(a):

(1) The crime involved great violence, great bodily harm, threat of great bodily harm, or other acts disclosing a high degree of cruelty, viciousness, or callousness

The follow circumstances in aggravation were present pursuant to CRC 4.421(b):

(1) The Defendant has engaged in violent conduct that indicates a serious danger to society

(2) The defendant's prior convictions as an adult or sustained petitions in juvenile delinquency proceedings are numerous or of increasing seriousness

(4) The defendant was on probation, mandatory supervision, postrelease community supervision, or parole when the crime was committed; and

(5) The defendant's prior performance on probation, mandatory supervision, postrelease community supervision, or parole was unsatisfactory.

## B. CIRCUMSTANCES IN MITIGATION

At this time, there are no clear circumstances in mitigation for the Defendant.

9

## VI.    THE PEOPLE'S SENTENCE RECOMMENDATION

The People request that the Court impose the following for the probation violation and for case 19WM04260, if an indicated sentence is conveyed:

On the Probation Violation:

1. Revocation, reinstatement, and **extension** of Formal Probation: Based upon reports from Florida and CMPD, it is clear that the Defendant left the state without probation or court's permission, and thereby was unsupervised during the period the court allotted for formal probation.

2. Same restrictions regarding no contact orders for affected parties, internet use, maintain residence within California

3. Restitution

4. Search and Seizure

5. No Weapons

6. Suspend the remainder of the maximum balance sentence

On 19WM04260:

1. 2 years OCJ – maximum exposure, no probation

## VII.   CONCLUSION

For the foregoing reasons, the People respectfully request this Court to sentence the defendant as recommended.


TODD SPITZER, DISTRICT ATTORNEY
COUNTY OF ORANGE, STATE OF CALIFORNIA

By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

DEBORAH KWON
Deputy District Attorney

11

TX Result Report

P  1

12/10/2020 09:18
Serial No.   A2X0017003492
TC:   1409572

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 817145417912 | 12-10 09:14 | 00:04:28 | 012/012 | OK | |

Note   TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, PPG:Page Separation TX, RTX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

Result   OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, ROVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.



TODD SPITZER
DISTRICT ATTORNEY

# FAX TRANSMISSION
## Orange County District Attorney

### SPECIAL PROSECUTIONS
300 N. Flower Street
Santa Ana, California 92703
Fax Number: 714-347-8683

**To:** Public Defender's Office

**Fax:** 714-541-7912

**Phone:** 657-251-6460

**Re:** Sentencing Brief for 17WF1373

**From:** Kathy S. on behalf of DDA Kwon

**Pages:** 12 Including cover page

**Date:** 12/10/2020

**CC:**

☐ Urgent     ☑ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

### PROOF OF SERVICE BY FAX

STATE OF CALIFORNIA          )
                             )   ss
COUNTY OF ORANGE             )

    I, Kathy Salgado, am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 300 N. Flower Street, Santa Ana, CA 92703.

    On 12/10/2020, I faxed the within People's Sentencing Brief for the Probation Violation of defendant Robert Bouton McDougal   on party served, at: 801 Civic Center Drive West, Suite 300, Santa Ana 92701.

    I certify (or declare) under penalty of perjury that the foregoing is true and correct. Executed on 12/10/2020, at Santa Ana, California.

**IF THERE ARE ANY QUESTIONS OR PROBLEMS, AND YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL, 714-8347-8613 .**

# FAX TRANSMISSION

## Orange County District Attorney



TODD SPITZER
DISTRICT ATTORNEY

### SPECIAL PROSECUTIONS
300 N. Flower Street
Santa Ana, California 92703
Fax Number: 714-347-8683

| | | | |
|---|---|---|---|
| **To:** | Public Defender's Office | **From:** | Kathy S. on behalf of DDA Kwon |
| **Fax:** | 714-541-7912 | **Pages:** | 12 including cover page |
| **Phone:** | 657-251-6460 | **Date:** | 12/10/2020 |
| **Re:** | Sentencing Brief for 17WF1373 | **CC:** | |

☐ **Urgent**    ☑ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

## PROOF OF SERVICE BY FAX

STATE OF CALIFORNIA    )
                    )   ss
COUNTY OF ORANGE    )

     I, Kathy Salgado, am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 300 N. Flower Street, Santa Ana, CA 92703.

     On 12/10/2020, I faxed the within People's Sentencing Brief for the Probation Violation of defendant Robert Bouton McDougal  on party served, at: 801 Civic Center Drive West, Suite 300, Santa Ana 92701.

     I certify (or declare) under penalty of perjury that the foregoing is true and correct. Executed on 12/10/2020, at Santa Ana, California.

**IF THERE ARE ANY QUESTIONS OR PROBLEMS, AND YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL, 714-8347-8613 .**

# E-MAIL TRANSMISSION

## Orange County District Attorney

### SPECIAL PROSECUTIONS UNIT
300 N. Flower Street
Santa Ana, CA 92703
(714) 834-3600
Fax: (714) 834-8683



TODD SPITZER
DISTRICT ATTORNEY

| | | | |
|---|---|---|---|
| **To:** | John Christl | **From:** | Kathy S. on behalf of DDA Kwon |
| **Email:** | John@ChristlLaw.com | **Pages:** | 12 including cover page |
| **Phone:** | (949) 265-7055 | **Date:** | 12/10/2020 |
| **Re:** | ROBERT MCDOUGAL 17WF1373 | **CC:** | DDA KWON |

☐ **Urgent**  ☑ **For Review**  ☐ **Please Comment**  ☐ **Please Reply**  ☐ **Please Recycle**

---

## PROOF OF SERVICE BY ELECTRONIC MAIL

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF ORANGE     )

I am a citizen of the United States; I am over the age of eighteen years and not a party to the within entitled action; my business address is: Office of the District Attorney, County of Orange, 300 N. Flower Street, Santa Ana, CA 92703.

On December 10, 2020, I emailed the within People's Sentencing Brief for the Probation Violation of defendant Robert Bouton McDougal on interested parties in said action by electronic mail at above email address.

I certify (or declare) under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2020 at Santa Ana, California.

Kathy Salgado

**IF THERE ARE ANY QUESTIONS OR PROBLEMS, AND YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL (714) 834-3600.**