UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Case No. 8:24-cr-00312-VMC-SPF

Plaintiff,
Government                ☒

☐ Evidentiary
☐ Trial
☒ Other - Sentencing Hearing

v.

ROBERT BOUTON MCDOUGAL,
a/k/a "McDougal Bugle"

Defendant

# GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **PUBLIC RECORDS** | | | | |
| 1 | 12/19/25 | 12/19/25 | Sioban Carroll | Final Judgment of Injunction for Protection against Stalking |
| 2 | 12/19/25 | 12/19/25 | Sioban Carroll | Injunction Proof of Service |
| **BUSINESS RECORDS** | | | | |
| 4A1 | 12/19/25 | 12/19/25 | Sioban Carroll | Facebook Posts from July 26, 2020, to August 14, 2020. |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 4A2 | 12/19/25 | 12/19/25 | | Facebook Posts from July 5, 2020. |
| 4A3 | 12/19/25 | 12/19/25 | Sioban Carroll | Facebook Posts and Comments with R.E. from August 18, 2020, regarding video posted on Facebook |
| 4A4 | 12/19/25 | 12/19/25 | Sioban Carroll | July 5, 2020- Trinity bomb threat |
| 4A5 | 12/19/25 | 12/19/25 | Sioban Carroll | Count Two video data from Facebook warrant |
| 4B | 12/19/25 | 12/19/25 | Sioban Carroll | Facebook Video Threat- August 17, 2020 **(Count Two)** |
| 5A1 | 12/19/25 | 12/19/25 | | Instagram Post from July 26, 2020. |

## YOUTUBE

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 6A | 12/19/25 | 12/19/25 | Sioban Carroll | Screenshot of defendant's YouTube Page |
| 7A | 12/19/25 | 12/19/25 | Sioban Carroll | October 17, 2020_YouTube Video for Stelara |
| 9A | 12/19/25 | 12/19/25 | Sioban Carroll | November 7, 2020_YouTube Video_I didn't know trying to get a docs note for blood in urine would destroy all my dreams |
| 11A | 12/19/25 | 12/19/25 | | November 16, 2020_YouTube Video_HIS |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | NAME IS JARED AND HE IS NOT GOING TO BE OKAY |
| 14A | 12/19/25 | 12/19/25 | Sioban Carroll | November 23, 2020_YouTube Video_I WILL REVERSE THE CHANGES JARED FRATTINI UNLEASHED UPON MY BODY |
| 17A | 12/19/25 | 12/19/25 | Sioban Carroll | YouTube short_ JARED U DON'T DESTROY MY LIFE |
| 18A | 12/19/25 | 12/19/25 | Sioban Carroll | October 14, 2023_YouTube Video_ALMOST 4 YEARS LATER I NONSTOP THINK ABOUT JARED |
| 19A | 12/19/25 | 12/19/25 | Sioban Carroll | October 14, 2023_YouTube Video_WHY DO CREATURES LIKE JARED EXIST!!!!!!!!!!!!!!!!!!! I THINK ABOUT JARED AND NOTHING BUT JARED!!!! **(Count Three)** |
| **SUBSTACK** | | | | |
| 21 | 12/19/25 | 12/19/25 | Sioban Carroll | March 29, 2024, Defendant's Substack post_How My Large Intestine Was Stolen **(Count Four)** |
| **DEFENDANT'S CELL PHONE** | | | | |
| **Axiom** | | | | |
| 24A | 12/19/25 | 12/19/25 | W. Tidwell | User Attribution |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | |
| 24B | 12/19/25 | 12/19/25 | | **Count Two** Video Artifacts Report |
| 24C | 12/19/25 | 12/19/25 | | **Count Three** Video Artifacts Report |
| 24D | 12/19/25 | 12/19/25 | | Substack Artifacts Report |
| 24E | 12/19/25 | 12/19/25 | W. Tidwell | Medical Centers Artifacts Report |
| 24F | 12/19/25 | 12/19/25 | W. Tidwell | [Minor 1] and [Minor 2] Artifacts Report |
| 24F1 | 12/19/25 | 12/19/25 | W. Tidwell | Video of Threat to Frattini on phone |
| 24G | 12/19/25 | 12/19/25 | W. Tidwell | Google Search- Tampa Flight Times |
| 24H1 | 12/19/25 | 12/19/25 | W. Tidwell | Jared Frattini Artifacts Report- March 31, 2024 |
| 24H2 | 12/19/25 | 12/19/25 | W. Tidwell | Jared Frattini Artifacts Report- April 1, 2024 |
| 24H2.1 | 12/19/25 | 12/19/25 | W. Tidwell | YouTube Video_Armed Drone: AR-1 live firing with M4A1 5.56 x 45mm |
| 9 | 12/19/25 | 12/19/25 | | |
| 11 | 12/19/25 | 12/19/25 | | |
| 14 | 12/19/25 | 12/19/25 | Sioban Carroll | Video |
| 17 | 12/19/25 | 12/19/25 | Sioban Carroll | Video |
| 18 | 12/19/25 | 12/19/25 | Sioban Carroll | Video |
| 19 | 12/19/25 | 12/19/25 | Sioban Carroll | Video |
| 20 | 12/19/25 | 12/19/25 | Sioban Carroll | Email |