**Photo ID**

2721593511273744

**Time** 2020-07-03 04:26:38 UTC
**Type** Comments
**Summary** Robert McDougal replied to a comment on a post from July 2.
`@[100000883266727:2048:Joey Groth] nobody tases me `
**Object Id** S:_l100002693658209:10160049978129832:1

**Status Updates** Status Updates: Posts made to the account by the account holder.
**Definition** Posted: Date and time of post.
Status: Content of the post.
Display Date: Custom date and time selected by the account holder.
Mobile: Indicates whether post was made through mobile device.

**Status Updates**

**Posted** 2020-08-14 06:41:55 UTC
**Status** Dr Jared Frattini doesn't get to just fuck my life straight to hell and expect to keep on breathing.
**Mobile** true
**Id** 2832380963528331

**Posted** 2020-08-12 10:04:07 UTC
**Status** Justice is a beautiful thing.
**Mobile** true
**Id** 2827054367394324

**Posted** 2020-08-09 04:27:28 UTC
**Status** DOCTORS LOVE TAKING OUT ORGANS
**Mobile** true
**Id** 2818192401613854

**Posted** 2020-08-08 12:53:34 UTC
**Status** I have to come to terms with the fact Trinity Medical Center threw my life away, my dreams, everything. I had a micro bowel perforation that likely would have healed on its own like the previous times. I was gonna try combination therapies. They completely changed the course of my life.
**Mobile** true
**Id** 2816414645124963

**Posted** 2020-08-05 06:42:20 UTC
**Status** I can't wait to be a famous Hollywood filmmaker and do coke binges all night like John Belushi
**Mobile** true
**Id** 2807778319321929

**Posted** 2020-07-26 19:30:53 UTC
**Status** Tampa General, Trinity Medical Center, Advent Health, ███████ WILL be bombed to pieces. You don't give me stretch marks, you don't tase me, you don't take out the organs my mommy made.
**Mobile** true
**Id** 2782624431837318

**Posted** 2020-07-26 15:55:52 UTC
**Status** I should have said no. I should have said no. I should have said no. I should have said no. I should have said no. I should have said no. I should have said no. I should have said no.
**Mobile** true