**Photo ID**

734791183986087

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:37:57 UTC
**Body** Every day is a nightmare from pain and the mess

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:38:07 UTC
**Body** I have never been in you situation but I know I'd feel pretty depressed if I was in your shoes

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:38:48 UTC
**Body** I work in the healthcare field I am familiar with a colostomy

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:39:05 UTC
**Body** Nice

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:39:20 UTC
**Body** Mine is an ileostomy tho 🫠

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:39:32 UTC
**Body** I'm getting a j-pouch

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:39:46 UTC
**Body** Then scar revision

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:40:14 UTC
**Body** Ideally my last ditch effort to save my colon would have been that drug combo

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:40:38 UTC
**Body** Prolly Stalera + xeljanz + immuran

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:41:27 UTC
**Body** So is the permanent

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:41:35 UTC
**Body** Or reversible

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:41:48 UTC
**Body** Is what permanent?

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:42:23 UTC
**Body** The colon is gone forever unless they can grow me a new one

**Author** Robert McDougal (Facebook: 100002693658209)

DISC-00366

**Sent**

2020-08-18 12:42:34 UTC

**Body** The bag isn't permanent

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:43:20 UTC
**Body** Ok so try and remember that

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:43:39 UTC
**Body** Yes I tell myself that every waking second

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:43:52 UTC
**Body** Take that video down

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:43:58 UTC
**Body** Are u a nurse or RN?

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:44:05 UTC
**Body** Tech*

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:44:14 UTC
**Body** Pct RN student

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:44:26 UTC
**Body** K

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:44:36 UTC
**Body** I want the doctor to see that

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:44:46 UTC
**Body** The video?

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:45:05 UTC
**Body** Unfortunately that video is only going to get you in trouble

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:45:22 UTC
**Body** What do you feel the doctor did wrong?

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:45:42 UTC
**Body** Just so know I'm not employed at that hospital

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:46:22 UTC
**Body** I believe he falsely told me I'm going to die in 2 days unless I signed the consent form so he could do an emergency colectomy surgery

**Author** Robyn Ennes (Facebook: 100000417347163)

**Sent**

2020-08-18 12:46:47 UTC

**Body** Why do you feel as if he lied

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:46:48 UTC
**Body** I asked to think about it. I had a fever that I get commonly and it goes away.

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:47:18 UTC
**Body** Cuz where'd he get the idea I'm dying in 2 days? Nowhere...

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:47:36 UTC
**Body** No sign of literal dying

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:47:40 UTC
**Body** I see you have Crohn's disease and that not be potentially deadly

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:47:49 UTC
**Body** Ulcerative colitis

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:48:50 UTC
**Body** True UC can be, but to tell me at that moment I only have 48 hours, makes no sense, I've had colitis for 8 years, pan colitis for 6

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:49:18 UTC
**Body** How old are you

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:49:35 UTC
**Body** 24 I was 15 when I first started bleeding

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:50:42 UTC
**Body** You seem very intelligent. I understand your pissed! There are better ways to handle a situation then making a video of that manner.

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:51:18 UTC
**Body** Do you have a good support system

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:51:27 UTC
**Body** Yeah

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:51:51 UTC
**Body** Ok so try and remember all the good why you go through this shity time

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:52:14 UTC

**Body**

I do I do

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:52:14 UTC
**Body** You do know storms don't last forever it will get better

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 12:53:02 UTC
**Body** I do hope you will think about taking that video down. Like I said if you need to talk you can always hit me up

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:54:10 UTC
**Body** I feel like I lost everything that day-Feb 7

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:54:43 UTC
**Body** K thx, that's very sweet, I'm Cali time like I said so I'm gonna try to sleep

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-08-18 12:56:59 UTC
**Body** I don't think I'd ever be able to handle a colectomy. I think I'd like to just take my chances until my colon explodes I guess. I may have had another good 2 years before that.

**Author** Robyn Ennes (Facebook: 100000417347163)
**Sent** 2020-08-18 13:13:36 UTC
**Body** Well just think about it do not make decisions when your mad

**Thread** (3222139534534741)
**Current** 2020-11-04 19:01:21 UTC
**Participants** Dylan Harris (Facebook: 100002161771937)
Robert McDougal (Facebook: 100002693658209)

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-07-22 02:37:47 UTC
**Body** Hey man, read about your UC story. I battled UC for over 7 years before getting an emergency colectomy this past Feb. It was a total disaster. Spent two months post-op in hospital. Lost 40 lb after surgery, had kidney failure, respiratory failure, bilateral pneumonia, sepsis, lung blood clot, osteoporosis, multiple abscesses. I still have a fistula, a pancake of inflammation, five bugs growing inside me, and a picc line where I'm getting antibiotics every 6 hours.

**Author** Robert McDougal (Facebook: 100002693658209)
**Sent** 2020-07-22 02:40:57 UTC
**Body** Anyway, I've always been into fitness and powerlifting so happy to see someone pushing the limits with a j-pouch. I was benching 200 right before surgery in spite of the anemia, doing 15 pull ups. Once I'm all healed with the j pouch I'll maybe join an adult hockey team. Hoping to get back to where I was. What numbers you moving on the big 3 these days?

DISC-00369