Case 8:24-cr-00312-VMC-SPF    Document 92-11    Filed 12/19/25    Page 1 of 24 PageID
532

# How My Large Intestine Was Stolen



**ROBERT MCDOUGAL**
MAR 29, 2024

♡  ⌕                                                                Share

On February 8, 2020, an emergency colectomy was performed that I was tricked into. It was done for elective reasons behind my back. Because I had ulcerative colitis, I was a candidate for an elective colectomy. As you will soon see, a surgeon lied to me and fabricated a completely fictitious emergency scenario in order to get me to sign the consent form. He even did the surgery as an emergency surgery, all while using elective reasons with the hope no one would notice.

I will start by reviewing the elective reasons that had existed for a long time before the viscous, depraved creature used them behind my back. I had ulcerative colitis symptoms since 2011, and was diagnosed in 2012. By 2015, I did not get relief from mesalamine, Remicade (built up antibodies), Humira, or Entyvio. I did not mind that I had UC, or that no medication appeared to work at reducing symptoms. I loved my life quality, and had no interest in ever considering talking to a surgeon. I never did until one invited himself into my presence. I did not go to the hospital the night before he approached me for ulcerative colitis, but for a separate autoimmune disease with a separate set of symptoms.

On Friday, February 7, 2020 at 8:35pm, I walked into an ER because I had an episode of IgA nephropathy, which I had been having episodes of for several years. An episode would consist of hematuria and a fever and last for 1 to 2 days before going away on its own. I knew I did not need to go to the ER. I had ignored the previous three episodes I had the previous fall (1 in August, 2 in October 2019). Episodes of IgA are not anything to go to the hospital over. There is nothing urgent about them, and not anything a hospital can do. I mostly went because I missed work, and the secondary reason was just the then-uncertainty over what the episodes were. You can read about it here.

I had a couple IgA episodes in Spring 2018. I think I had 3 in 2016. And maybe 1 or 2 in 2014. These episodes were brief and infrequent, but they were landing on days of tremendous inconvenience. On Thursday, October 3rd, 2019, when I had an episode I went and took my first General Physics I exam and later my first Multi-variable and Vector Calculus exam. On Saturday, October 26, 2019, when having another episode, I took a standardized test. I was pretty pissed that out of all the days I had to have an exhausting fever, it had to be on days where I had to take a test. None of these times did I go a hospital. When I didn't have places to be, I just lied in bed and rested. And the fever went away, the urine returned to normal, and I felt great and energetic again.

I went to an ER for these symptoms in March 2016, and everything was negative for a UTI so I was discharged without any answers. I had an episode on a flight to London in July 2016, and a doctor visited me at my hotel room, but I don't remember what he gave for a prognosis, if any. The fever and hematuria was gone a few hours after landing and I enjoyed the rest of my trip.

In November 2019, I told my gastroenterologist over the phone about the hematuria episodes. He said those would not be related to the UC, and that they were probably just UTI's.

Fast-forward to February 7, 2020 and this was another day where I had a place to be. I just got a job at a kiosk at the Westfield Countryside Mall selling shoe cleaner kits for Shoe [...] wasn't an important job, but I thought it would be an opportunity to make friends [...] with.

February 7th was supposed to be my first day at this job, but I was too exhausted to [...] bed and I ended up sleeping in until ~6pm. I went to bed at ~4am so even without t[...] getting out of bed was going to be painful. I noticed that yet again, my urine had a [...] amber color.

I was embarrassed at the thought of walking to the kiosk and explaining that I just [...] to be sick on my first day of work so I decided that I should go to an ER—just to ha[...] that I was sick.

My only complaint upon walking in was the fever and hematuria:

**HPI-GU Female**

**General**
Initial Greet Date/Time 02/07/20 2039

**Presentation**
**Chief Complaint** Blood in urine
)( **Sudden in Onset?** No

**Free Text HPI Notes**
**Free Text HPI Notes**
24 years old male ambulating to the emergency department with multiple complaints.
Patient says about 03:00 today he woke up with fever chills and sweating. He said has been feeling weak all day. Patient also says hematuria and some blood with stool. He said he has a history of ulcerative colitis. No vomiting or diarrhea.

**Risk-GU Female**

**Free Text Risk Notes**
**Free Text Risk Notes**
Reviewed. Patient has a history of ulcerative colitis. Patient also has a history of hematuria in the past.

**Review of Systems**

**Focused Review of Systems**
**Constitutional**
Reports: Fever. Denies: Lethargy.
**GI**
Denies: Constipation, Vomiting.

**Past Medical History - Adult**
**Stated Complaint** HEMATURIA

Page 1 of 8

At the ER, they put in an IV, drew some blood, did a urinalysis, and a CT-scan.

I was approved to be admitted to the associated hospital by 10:39pm. This was a freestanding ER (with no hospital physically attached), so they transferred me to the hospital via ambulance (obviously this was unnecessary; I drove and walked into the ER by myself). I left at 11:25pm and the hospital is a 17-minute drive so I probably arrived at the hospital, Medical Center of Trinity, about a quarter before midnight.

Twelve hours after I walked into the ER, so ~8:30am on the Saturday morning of February 8, 2020, a colorectal surgeon named Jared Conte Frattini walked into my hospital room at Trinity.

Case 8:24-cr-00312-VMC-SPF Document 92-11 Filed 12/19/25 Page 3 of 24 PageID 534

He introduced himself and told me that he saw a bowel rupture on the CT, that contents were leaking out, and that I need to go in for an emergency colectomy right now.

I never complained about my UC. I never asked to see a surgeon or get anyone's opinion on my UC. I never saw this guy in my life. I never saw him coming. He sprung from darkness. I'm blindsided by this guy, but I listened to what he said to say. I asked him if I could have a couple days to think about it. He said I was not going to make it two days. Under the impression that I had hours to live and that I was already in an emergency situation with no option of having much time to think, I signed the consent form. The surgery was done ~4.5 hours later at ~12:30pm so ~16.5 hours after walking into the ER.

I texted my friend at 9:09am on the morning of the surgery, ~30 minutes after the surgeon approached me and deceived me and this was my conversation with her:



The problem?

There was no emergency at all.

It was a complete ruse and a total lie that the surgeon just fabricated in order to get me to sign the consent form. There was never any emergency. The surgeon went behind my back and used my strong elective candidacy to justify the emergency surgery.

He falsely stated that he explained to me that my UC symptoms were refractory and that I agreed to a colectomy for that reason. He lied about the entire conversation. He put words in my mouth. He fallaciously attributed agreement to me. He made me out to be someone wanting an elective surgery for elective reasons. This was not an unintentional mistake or miscommunication by Jared. Every word in his pre op notes was an intentional lie. He knew I did not sign that consent form for an emergency surgery for elective reasons. He knew I did not agree to that colectomy because I was a candidate, and he knew he just made up the perforation story when talking to me —a conversation that was never filmed or recorded. He wrote these notes immediately after talking to me.

So Jared, if you're reading this, I know what you fucking did you son of a bitch. I will NEVER stop coming for you. Not a second has gone by in the four years you decided to approach me and catch me off guard. You fucking knew I would have told you to get away from me if you tried explaining elective reasons. Your ability to take no for an answer is going to cost you everything. I promise you this: your decision to cross me will be the worst mistake of your fucking life.

These are his pre-op notes:

```
                    Medical Center of Trinity
                       9330 State Road 54
                       Trinity, FL  34655

Patient Name:  MCDOUGAL,ROBERT              DOB: 11/21/95
Account #:     E00932753216                 MRN: E000896496
Admit/Ser Date:02/07/20                     AGE: 24
Attending Physician: Roberts,Michael G  DO  ROOM: E.5158-A
REPORT:   CONSULTATION




CONSULTING PHYSICIAN:  Jared Frattini, MD
REQUESTING PHYSICIAN:  Michael Roberts, DO

DATE OF CONSULTATION: 02/08/2020

REQUESTING PHYSICIAN:  Dilip V Ghanekar, MD

CHIEF COMPLAINT:  Rectal bleeding.

HISTORY OF PRESENT ILLNESS:  This is a 24-year-old man who has had a diagnosis
of ulcerative colitis for many years.  He states that since 2013, he has been
having significant issues with rectal bleeding, left lower quadrant pain and
cramps.  He came to the Emergency Room on the evening of February 7 secondary
to significant clots per rectum and a temperature of a 102.7.  This is his
typical presentation of an ulcerative colitis flare.  He also has been having
significant diarrhea.  He has been on anti-TNF agents, more specifically
Entyvio for 5 years.  Because he seemed to be refractory to this management and
his colonoscopy showed no change, he was started on Xeljanz.  He was on this
for approximately 3 months and he stopped it about 2 weeks ago because of no
improvement in his condition.  He states the last 2 colonoscopies that were
attempted to be performed, the most recent in October 2019 was unable to be
passed beyond the sigmoid secondary to significant inflammation and the fear
for perforation.  He has been told by multiple physicians to have a colectomy
for his underlying condition.  The patient started taking oral prednisone
within the last several days with no improvement of his issue.

PAST MEDICAL HISTORY:  As in history of present illness, IgA nephropathy,
nephrolithiasis.

PAST SURGICAL HISTORY:  Repair of testicular torsion.

SOCIAL HISTORY:  Single, currently a student in college.  No alcohol.  No
tobacco.

ALLERGIES:  PENICILLIN, SULFA.

MEDICATIONS:  Prednisone.

FAMILY HISTORY:  No history of cancer.

Patient Name: MCDOUGAL,ROBERT          Account #:
```

REVIEW OF SYSTEMS:
A 14-point review of systems was performed. Pertinent positives and negatives as in history of present illness. The patient states that he has not lost any significant weight. He has stated that he has significant fevers and chills within the last 24-36 hours. He also has had blood in his urine. He denies any headaches, chest pain, or shortness of breath. He does feel fatigued.

PHYSICAL EXAMINATION:
GENERAL: Healthy-appearing male, lying comfortable in bed.
VITAL SIGNS: T-max is 102.7 at 10:30 p.m. on February 7. T current 99.0, blood pressure 104/68, pulse rate 93.
EYES: Extraocular movements intact. No scleral icterus.
SKIN: No rash or jaundice.
CARDIAC: Tachycardia. No heave.
LUNGS: Decreased breath sounds. No use of accessory muscles.
ABDOMEN: Soft, distended, left lower quadrant tenderness, but no rebound. Small periumbilical hernia.
EXTREMITIES: No clubbing, no cyanosis, no edema.
NEUROLOGIC: Alert and oriented x3.
PSYCH: Mood/affect flat, not anxious.
RECTAL: There was gross blood with clot.

LABORATORY DATA: Hemoglobin on February 7th at 8:43 p.m. was 11.5. No recent blood work has been drawn. White blood cell count on admission was 13.8. Creatinine 1.3 on admission.

IMAGING: CAT scan of the abdomen and pelvis demonstrates circumferential thickening of the colon and rectum. There was mild right-sided hydronephrosis and hydroureter.

There was also significant stool burden throughout the entire colon.

ASSESSMENT: This is a 24-year-old man, who has acute on chronic ulcerative proctosigmoiditis with bleeding refractory to medical management.

PLAN: I had an extensive conversation with the patient and the patient's father who is a physician. I explained to him that he has maximized his medical management and that his symptoms are refractory, so he is a candidate for surgical intervention.
I explained to him the thought process behind subtotal colectomy now with end-ileostomy, then subsequent creation of an ileal pouch in the future once he has stabilized. The patient was explained the risks, benefits, and alternatives, which include, but are not limited, to bleeding, infection, and DVT/PE. The patient understands and wishes to proceed.

_____
Jared Frattini, MD

JF/MedQ
DO: 02/08/2020 12:38
DT: 02/08/2020 ~~15:16~~
Job #: ~~[redacted]~~548
Authenticated by Jared Frattini MD On 02/09/2020 03:11:56 PM

Patient Name: MCDOUGAL,ROBERT          Account #: ~~[redacted]~~

When you're a pathological liar like Jared, the constant lying is so second nature, you expose yourself constantly. He falsely entered "Rectal bleeding" as my chief complaint when it says, clear as day, in the note from the night before that my chief complaint was not in fact "Rectal bleeding," but "Hematuria."

Everything written by Jared Conte Frattini in his pre op note regarding my consent was a lie. This psychopath went behind my back after lying to me that he saw a bowel rupture on the CT, telling me I essentially had hours to live if I didn't sign the consent form, that I couldn't think about it, that I wasn't going to make it two days. He pretended here that I agreed to the surgery because of my UC being refractory to medication. He hoped that people would believe that I was on board with the UC for elective reasons.

The CT findings from February 7th by the radiologist also make no mention of any emergency whatsoever:

```
Palm Harbor ED                    Name: MCDOUGAL,ROBERT
35750 US 19 NORTH                 Phys: Karkevandian,Ebrahim H  DO
                                  DOB: 11/21/1995    Age: 24     Sex: M
Palm Harbor, FL 34684             Acct: E00932753216  Loc: E.EDPH
PHONE #: 727-834-4708             Exam Date: 02/07/2020 Status: REG ER
  FAX #: 727-834-4706             Radiology No: 00313660
                          Unit No: E000896496


EXAMS:                                            CPT:
013184532 CT ABDOMEN    PELVIS W/CONTRAST         74177

       STUDY:  CT ABDOMEN AND PELVIS WITH CONTRAST
   REASON FOR EXAM:   Male, 24 years old.  Abdomen pain hematuria
   TECHNIQUE:   Transaxial images were obtained from the dome of the
   diaphragm to the symphysis pubis without oral contrast.  80 ml of
   Isovue 370 contrast was administered.  Sagittal and coronal images
   were reconstructed.
   Individualized dose optimization techniques were used for this CT.
   COMPARISON:   None.


FINDINGS:
   Lung bases clear.  Heart size normal.
   Liver, spleen, adrenal glands, left kidney, pancreas and
   gallbladder are normal.  There is mild right hydronephrosis and
   hydroureter present.  There are 2 calcifications present in the
   right pelvis largest 4 mm.  One of these may suggest a distal
   ureteral stone.  However, course of the distal ureter is poorly
   seen.  Aorta, IVC and portal vein is normal.  There is large amount
   of stool present in the colon.  There is circumferential mucosal
   thickening present of the sigmoid colon and rectum.  There is no
   bowel obstruction.  There is no free intraperitoneal fluid or air.
   The urinary bladder is normal..  Pelvic organs are normal.  There
   is no free fluid in the pelvis.  Lumbar spine and pelvic bones
   normal.
    IMPRESSION:
    Circumferential mucosal thickening present of the sigmoid colon and
    rectum consistent with colitis/proctitis.
    Mild right hydronephrosis and hydroureter.  There are 2 stones
    identified in the right pelvis.  The largest is 4 mm.  One of these
    stones may be present in the distal right ureter.  Course of the
    distal right ureter is not clearly seen.
    Copious stool


** Electronically Signed by Ali Raza MD on 02/07/2020 at 2216 **
              Reported and signed by: Ali Raza MD



CC: Ebrahim H Karkevandian DO

Dictated Date/Time: 02/07/2020 (2216)

Technologist: FAUST, STEVEN
Transcribed Date/Time: 02/07/2020 (2216)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 02/07/2020 (2216)
Printed Date/Time: 02/07/2020 (2218) BATCH NO: N/A

PAGE  1                    Signed Report
```

Same goes for the op-report findings where my abdomen was opened up by Jared and my large
intestine was physically removed by him with his gloved hands:

Patient: MCDOUGAL,ROBERT
Unit#:E000896496
Date:02/08/20                                          Acct#:
E00932753216

None[]

**IMPLANT(S):**
None[]

**FLUIDS:**
[]

**URINE OUTPUT:**
[]

**\*FINDINGS:**
[] inflammation and thickening of the upper rectum and sigmoid, no evidence of perforation, free fluid-ascites, significant mesenteric adenopathy, no creeping fat

**DISPOSITION:**
To PACU[]

Electronically Signed by Frattini,Jared MD on 02/08/20 at 1524

Another few lies that need pointing out. The radiologist Ali Raza lied about me complaining about/having abdominal pain. I never had any abdominal pain and I made that clear. Look at the very bottom, left box in this picture. It said I have no abdominal pain:



In spite of the fact is says on February 7th that my only complaint was hematuria and I denied abdominal pain, staff cannot stop lying and falsely stating that my chief complaint was rectal bleeding and abdominal pain:

**Buntin,Amber Pa 02/07/20 2240:**
**History of Present Illness**

**HPI**
**Chief complaint:**
Abdominal pain, blood in urine, and bright red blood per rectum
**PCP:**
PCP: No Primary or Family Physician

**HPI:**
24-year-old male with past medical history of nephrolithiasis and ulcerative colitis presenting to Medical Center Trinity Emergency Department with multiple complaints. Patient reports that he has had blood in his urine, fever, chills, bright red blood per rectum, abdominal pain and diaphoresis. Patient reports that he has been feeling weak most that day and noted that the blood in his urine and stool started earlier today. Blood per rectum is bright red with clots. Denies diarrhea, nausea, or vomiting. Denies recent change to daily activities, dietary changes, recent trauma, procedure or travel. Patient has had similar symptoms previously with kidney stones and ulcerative colitis flare. Denies chest pressure or shortness of breath. Denies lower extremity edema or lower extremity pain.

CT abdomen pelvis colitis/proctitis. Mild hydroureter and hydronephrosis. Two stones right pelvis largest nephrolithiasis 4 millimeters.

**History**
**Additional medical history:**
Ulcerative colitis, testicular torsion, kidney stones
**Additional surgical history:**
Denies
**Additional family history:**
Denies
**Alcohol use:** Denies EtOH use
**Drug use:** Denies recreational drugs
**Smoking status for patients 13 years old or older:** Never Smoker

**Medication/Allergy-Vaccine Hx**

Page 1 of 8

```
MEDICAL CENTER OF TRINITY (COCNP)
Discharge Summary
REPORT#:0316-0346   REPORT STATUS: Signed
DATE:03/16/20 TIME: 1157

PATIENT: MCDOUGAL,ROBERT            UNIT #: E000896496
ACCOUNT#: E00932753216              ROOM/BED: E.3164-A
AGE: 24      SEX: M                 ATTEND: Angelo,Debra G  MD
ADM DT: 02/07/20                    AUTHOR: Reddy,Varun  MD R1
REP SRV DT: 03/16/20                REP SRV TM: 1157
* ALL edits or amendments must be made on the electronic/computer
document *
```

**Reddy,Varun 03/16/20 1157:**
**PCP**

**PCP**
PCP:
PCP: No Primary or Family Physician

**Discharge to:** home

**General Information**
**Discharge date:** 03/16/20
**Admission diagnosis:**
Ulcerative colitis
**Discharge diagnosis:**
Ulcerative colitis s/p subtotal colectomy
**Hospital course:**
Patient is a 24-year-old man with a past medical history of ulcerative colitis, testicular torsion, recurrent kidney stones, who presented to the ER with complaints of bright red blood per rectum. Patient found to have severe ulcerative colitis flare. Surgery was consulted and patient underwent emergent subtotal colectomy with ileostomy. Shortly after procedure, patient developed severe peritonitis requiring transfer to the ICU. Id was consulted. Patient also shortly after developed multi lobar pneumonia and empyema. Patient underwent thoracentesis with significant relief. During the postop period, patient was also found to have developed an abdominal abscess, which required drainage by IR. Drain was left in place following procedure. Drainage from abscess and peritoneum were continuously monitored and measured. Drainage continued to be perulent. Throughout this time, patient continued to spike fevers requiring multiple changes in antibiotics. Family expressed significant concern for potential TB infection as patient was previously on Xeljanz and had exposure to high risk population during previous incarceration. QuantiFERON testing was inconclusive, AFB smear peritoneal fluid, adenosine deaminase returned negative. Patient also underwent screening for multiple opportunistic infections including histoplasmosis, blastomycosis, and coccidioides, all of which were negative. During this time, patient was on IV vancomycin, meropenem, Flagyl. Patient appeared to be spiking fevers every time Flagyl discontinued per family. Patient was continued on IV meropenem,

Page 1 of 8

Patient: MCDOUGAL, ROBERT MRN: E000896496 Encounter: E00932753216            Page 25 of 3212

And here we have multiple lies by Carl Loveridge. He lied about my chief complaint being abdominal pain. He lied that I agreed to that colectomy for elective reasons. Jared only pulled a colectomy off by lying to me and completely fabricating a rupture event that, in his words, had already happened. He effectively said I was certainly going to be dead within two days unless I signed the consent form and couldn't think about it. HE IS A NOTHING BUT A BULLSHITTER!!!!!! Loveridge is also lying about my GI being Ghanekar. I never saw Ghanekar in my life before February 8th when he, like Jared, invited himself into my hospital room. He absolutely did not follow me for UC, he was never my gastroenterologist, and he was not the one who prescribed my 40mg prednisone. That was Kevin Humphrey who saw me for UC and prescribed the prednisone. All outpatient. I had three weeks left of it and I was only taking it as a bridge until I got my first Stelara infusion. I was about to see a second GI who was based in Tampa and specialized in combo therapy that Kevin recommend, but I never got to see her

How My Large Intestine Was Stolen - by Robert McDougall

Case 8:24-cr-00312-VMC-SPF    Document 90-11    Filed 12/19/25    Page 11 of 24 PageID 542

because Jared swooped down like a hawk and massacred me and shattered all my plans, hopes, and dreams. I only ended up taking the prednisone for a week because Jared swooped out of nowhere like a semitruck, lied to my face, and ripped the large intestine out based on a lie, derailing my life completely. And for all that, Jared is being assassinated and shot dead. He is a creature so cruel in cold-bloodedness, it is an act of moral treason against humanity that this mobster psychopath is still breathing. Every waking second, I boil with rage at the fact this guy isn't dead yet. It is deeply uncomfortable. The 24/7 mental torment over the alive state of this guy's body is unbearable. It cannot keep on living.

Case 8:24-cr-00312-VMC-SPF     Document 92-11     Filed 12/19/25     Page 12 of 24 PageID 543

**Loveridge, Carl PA 02/09/20 1703:**
**History of Present Illness**

**HPI**
**Requesting clinician:** Dr. Frattini
**Reason for consult:**
To render an opinion on the appropriate evaluation and ICU management of a patient with hypotension

**Chief complaint:**
Postoperative abdominal pain

**HPI:**
This 24-year-old patient presented to the hospital on 7 February with complaints of abdominal pain consistent with a usual ulcerative colitis flare. He was passing bright red blood per rectum which is not uncommon, but he also started having hematuria. In addition, the patient was having subjective fevers as well as chills and sweats at home and had a temperature of 102.7° on arrival to the emergency department. This caused him concern because this has happened on a few occasions when he has had prior UC flares. He thought it might be a recurrent kidney stone, but because of his concern he decided to come to the emergency department and have it assessed. Dr. Ghanekar who follows the patient for his UC notes that the patient also has a history of IgA nephropathy that will often times flare up when he has a flare of the ulcerative colitis. The patient has been off and on on multiple immunomodulators and DMARDs for many years. Most recently, he was on Xeljanz which he took for three months but quit it altogether about two weeks ago because he felt no difference in his symptoms or his overall condition. A week ago he was started on prednisone 40 mg daily by Dr. Ghanekar from GI to help with his ulcerative colitis. The patient has apparently been advised to undergo colectomy because of his severe disease process and his failure to respond to DMARDs therapy but he has resisted this for several years. His most recent colonoscopy was described as being incomplete due to severe inflammation and concern for perforation.
On this admission, the patient was seen in consultation by Dr. Frattini from General surgery who recommended colectomy to the patient as well as his mother and father who is a practicing ER physician in California. The patient and his family consented to undergoing colectomy.
Yesterday, under general endotracheal anesthesia the patient had what was described as a

Page 1 of 9

Patient: MCDOUGAL, ROBERT MRN: E000896496 Encounter: E00932753216          Page 79 of 3212

Patient: MCDOUGAL, ROBERT
Unit#: E000896496
Date: 02/09/20                                              Acct#:
E00932753216

subtotal colectomy with end ileostomy with a remarkably low EBL of only approximately 15 cc.
Today, the patient apparently was noted to have hypotension by the floor nurse with a reading of 88/46 and a increase in his heart rate to 117 beats per minute. The surgeon was notified of these findings and he recommended transfer the patient to the ICU for closer monitoring. Hospitalist and the medical resident were also notified and they ordered a repeat hemoglobin level as well as a procalcitonin level in addition to a lactic acid level and the patient was started on cefepime. Not on surprisingly, the procalcitonin level was elevated, but it was noted that the patient's lactic acid level was elevated to 3.7. The patient was receiving lactated Ringer's at 125 cc an hour and orders were given by the medical team to increase to 150 cc/hour, and the surgeon recommended a albumin bolus that he had ordered for 1800 to be given stat. When the surgeon was made aware of the elevated lactic acid level, he put in orders to have the patient transferred to the ICU and notified our team of the impending arrival.

On arrival, the patient is complaining of abdominal pain. He denies any chest pain or shortness of breath but does state that is difficult to take a deep breath because of his abdominal pain. He denies any nausea or vomiting. He is complaining of some occasional sweats and chills. He has had no documented fever today. He has had no stool output from his ileostomy at this point. He has been tolerating clear liquids.

These people cannot help but put words in people's mouths. I will not stand for it. And again, Jared lied about my chief complaint being rectal bleeding. My ONLY complaint was hematuria from the IgA. It obviously says that right there in the notes from Friday night. Rectal bleeding was normal for me as I had UC. I never complained of rectal bleeding and I did not go there for

Case 8:24-cr-00312-VMC-SPF     Document 90-11     Filed 12/19/25     Page 13 of 24 PageID 544

anyone's opinion on my UC. I already had a GI that no affiliation with Trinity. I didn't even need to go for the IgA episode. I only went to an ER because I missed work and I wasn't sure if the hematuria + fever episodes was just UTI's or something else and if it was something else if there was something I could take to prevent another episode. Suffice to say, my actual complaint—the hematuria—was basically ignored because a bunch of lying, selfish, psychopathic opportunists who I never heard of in my life got overwhelmed with excitement over my candidacy.

I cannot cope with someone doing something so cruel, so viscous, so deceitful, so depraved, so selfish, so manipulative, so savagely mean. Jared is lying about our conversation. He never said ANYTHING to me about medication not working, this making me a candidate, etc.

I have been pretty inconsolable since reading what Jared wrote behind my back. His viscous selfishness is the sickest, most depraved thing anyone has done. I am so horrified, mortified, and shocked that someone thought lying to me was going to work. It's almost amusing he thought I would accept being tricked.

I don't tolerate being tricked.

I don't handle it well.

Imagine the anger I feel reading those pre-op notes. It is obvious he is falsely stating that I was in full agreement with an elective surgery for elective reasons. Everything he said is a lie. It is why he is being assassinated. I am not tolerating someone attributing a mindset to me I never held. I NEVER agreed to that surgery for elective reasons. NEVER!

Had he dared to attempt to mention to me anything along the lines of my symptoms being refractory to medication, I would have told him to get the hell away from me and get out of my sight.

Our conversation was by no means lengthy. It lasted ~2 minutes, and the only thing discussed was the utterly fake, ongoing, emergency medical event he completely made up only when talking to me.

I was pretty taken aback when he told me he saw a perforation on the CT. I had no abdominal pain or discomfort, and I knew the only reason I felt fatigued was the IgA nephropathy. I remember thinking what an amazing coincidence it was that out of all the times I chose to go an ER for the IgA, I just so happened to have a perforation that I would not have even known about. This should have made it click in my head that there was no emergency at all. I don't see how this incredible coincidence didn't make me realize right away what Jared was up to.

How dare he. How dare he lie to my face. How dare he go behind my back and pretend that I was on board with elective reasons.

Like no. If someone wants to elect to get a colectomy and that is something they actually want, and I know those people exist as I have talked to some of them, I hope they get whatever they want for themselves. I know their reasoning. I understand them, but I was not one of those people. I am not going to tolerate someone lying to me and pretending behind my back that I elected to do it, and then just accept being tricked and deceived. That is NOT the way it fucking works. Jared doesn't walk away from massacring me because he had a clever ruse where he tricked me with a blatant lie in order to pull off doing an emergency surgery.

Does Jared think he is going to pretend I'm someone who went to him asking for his services? I never heard of that dude in my life until 4 hours before he had his hands inside me chopping my

How My Large Intestine Was Stolen - by Robert McDougal

intestines up and stealing my colon, rectum, and appendix.

The rectal stump he created during surgery blew out and this caused peritonitis, sepsis, multi-organ failure, bilateral pneumonia, bilateral pulmonary embolism, tachycardia, adult respiratory distress syndrome, severe starvation, severe anemia, intra-abdominal abscesses, osteoporosis, and I remained in Trinity for 37 days post-Jared, went to Tampa General for 15 days, and spent the rest of 2020 getting constant healthcare—two more major surgeries at Cedar Sinai in Los Angeles, three drains, 15+ CT scans, 5+ x-rays, MRIs, iron infusions, blood transfusions, etc.

But complications or not, I was going to find out no matter what Jared wrote behind my back. I was going to discover that I was lied to. And there is no scenario in which Jared's lies would ever have been accepted just because he actually succeeded at pulling off what he did.

If I didn't drive to the ER Friday night to get a note for work and get an opinion on the hematuria that would always come and go all by itself, literally *none* of those surgery complications would have happened, let alone the surgery.

Let's be very clear why he is being assassinated. Jared Conte Frattini likes to lie and pretend I am angry because the surgery happened to cause many and I mean *many* complications. I know this because this is what he has told DAs. No buddy, you don't get to keep on lying. You're going to stop peddling this assumption that I ever wanted or agreed to your services for elective reasons in the first place. You're going to stop that shit right now. You are not going to pretend I am angry because the surgery caused complications. I am angry because the surgery happened in the first place, irrespective of complications happening. The complications are IRRELEVANT. Complications or not, your assassination is in the cards. I was going to find out that you lied to my face no matter how "successful" the surgery was. I was going to find out that there was no emergency. And the thirst for vengeance was going to overtake me even if no surgery complications occurred.

STOP PRETENDING I AGREED TO THAT SURGERY FOR ELECTIVE REASONS YOU LYING SON OF A BITCH!

It is true your incompetence and sloppiness and the complications you cause would enrage anyone who actually elected to do surgery. But brother, don't forget that you and I know that I didn't elect to do that colectomy. Don't swallow your own lies, psychopath.

When Jared talked to me, he knowingly and intentionally made up an emergency event (a bowel rupture/ongoing tearing/stool leaking into my abdominal cavity). Even when I asked to have a couple days to think about his words, he lied to my face about me not going to make it to Monday. He probably was petrified when I asked him if I could have some time to think about it. He made up a ruse. He did not want his cover blown. He knew the longer time went by of him not operating, the more likely it is that I'll figure out that was no emergency at all. This sick, twisted, monstrous ogre is not going to lie to my face and pretend that I wanted this surgery for elective reasons. He has been lying to DAs and investigators. He probably lied to his new employer—AdventHealth North Pinellas—after being fired from Trinity for being such a ruthless, serially dishonest, destructive, manipulative terror to everyone around him.

Ever since reading those pre-op notes, my blood has been boiling with rage. I have been incapacitated by hatred. I want to kill this man. I want to genocide his family. I want him tortured, skinned alive, mutilated.

Case 8:24-cr-00312-VMC-SPF    Document 92-11    Filed 12/19/25    Page 15 of 24 PageID 546

Being ransacked with hatred, rage, bitterness, and depression over the one act of this Jared creature is exhausting. Him actually getting me is an emotionally brutal thing to process. I'm still processing it and will never be able to stop being consumed with hatred for Jared. This thing getting his hands on me is a constantly reminder I lost. I lost at dodging psychopaths. I lost the game of life. A psychopath brutally butchered and maimed me. A psychopath got me. That's it. The whole point of life is to NOT be violently maimed by a psychopath and I lost. Jared got me. He got me. He actually got me. He lied in order to do it. But he moved with so much acceleration, and he was so fiercely determined to catch me off guard and keep the real reasons for the surgery behind my back. I cannot believe this mother fucker did it. This all ends with me killing him, of course. But the feeling of being defeated and taken down so fast by Jared is draining and I can't get out of bed for days or muster the care to do anything but just wonder how he pulled off tricking me. Trinity enabled him to do what he did. They let him do an emergency surgery when there was no emergency. They let him lie straight to my face.

I had no clue this would happen. I never would have gone anywhere near the ER if I had the slightest clue a colorectal surgeon would have approached me. It did not cross my mind. How could that possibly happen if I am only going to the ER to complain of hematuria?

This face, this creature, this disgusting, lying, deceitful, shrewd gangster is all I think about:



Jared the lying bastard is going to have to explain why I texted my friend that I'm only getting surgery because it is an emergency. My texts to her sure as hell don't seem like that of a person

who is electing to do a surgery for elective reasons.

Jared is going to have to answer the question, "Why would Robert schedule an appointment with a gastroenterologist so he could receive stelara and xeljanz together as a combination therapy, and then while waiting for her to call him back, get surgery with you only hours after being made aware of and seeing you for the first time?"

The medication specialist's office called me back to set up my first Stelara infusion a few days after Jared got his hands on me. But obviously, a lying thug Jared already swooped down out of nowhere and stole my large intestine. I was never able to schedule that Stelara infusion.

Stelara was FDA approved for moderate-to-severe ulcerative colitis in October 2019. Since I hadn't tried that yet, I was going to try it. But if it didn't work, this would not have mattered. I loved the life quality I had. I don't want people to think, by me mentioning Stelara, that if Stelara had not worked, this would have meant I would have considered surgery. I NEVER would have.

Jared is going to have to answer the question, "Why would Robert walk into an ER complaining of blood in urine and then agree to a colectomy the morning after for elective reasons?"

Jared is going to have to answer the question, "Why would Robert create such a busy schedule for himself in January with 3 undergrad classes, a mall job, and 2 clubs? And then throw it all away with a major surgery only hours after you approached him with the idea and your set of reasons was obviously just old information and old news to him? He was obviously aware that a colectomy was an option for over 5 years and not once ever spoke to a surgeon, so he just let you do it because the world revolves around you?"

Jared is going to have to answer the question, "So Robert goes all these years (2014 to 2018) with active UC while no new drugs are being approved. Not once does he ever talk to a surgeon. And then finally there are a couple new approvals in 2018 and 2019. He is weeks away from his first Stelara infusion and he already made contact with a combo therapist GI. He told Kevin days before you got his hands on him that he'd like to Stelara. And right when you approach him, he just agrees to a colectomy for elective reasons he was aware of for over 5 years, even though he already put effort into trying a new drug? He has never shown interest in considering elective surgery but chose to when you approached him because you are such a charming princess and everyone wants to serve you and throw away their life just because you are the most precious princess and everyone exists to serve you, Almighty Jared?"

These were the 4 most recently approved drugs for UC, listed in order of approval (to add context to previous paragraph):

| Drug | Approval Date for UC |
|------|---------------------|
| Humira | September 28, 2012 |
| Entyvio | May 20, 2014 |
| Xeljanz | May 30, 2018 |
| Stelara | October 21, 2019 |

It's not like I did not have a healthcare plan in motion. My gastroenterologist Kevin Humphrey prescribed me prednisone in late January so I would have some coverage while waiting for Stelara. I had been taking it for a week before Jared. I had 3 weeks left and obviously would have started the Stelara by the end of February.

4/15/24, 8:28 AM    Case 8:24-cr-00312-VMC-SPF    Document 92-11    Filed 12/19/25    Page 17 of 24 PageID
How my Large Intestine Was Stolen - by Robert McDougall
548

And this dirtbag Jared is going to just come out of nowhere and fuck everything I had going to hell? Just like a semitruck? Just bulldoze everything? All the life plans I had for 2020 and onward? Do you, Jared, really think you are going to DARE diminish or alter the level of life quality I had? Jared, you dared to find out that morning.

I had normal obsessions before Jared. Things like getting rich, being productive, partying, dating, having friends, not having conflicts with idiots. Since the Jared psychopath came out of nowhere and approached me, I have completely forgotten what it is like to have normal dreams or concerns.

Did I have the life of my dreams before Jared? No, but it had nothing to do with ulcerative colitis. I had amazing moments. I had happiness. The life quality my body gave me was perfectly fine.

There were physicians whose opinions and outpatient care I wanted and was actively receiving. You were most certainly not one of them, Jared. Don't you dare pretend you ever were you worthless sack of shit.

The bastard is ruthlessly deceptive. It allows him to pull off unconscionable acts, but in the end, it is his willingness to approach complete strangers and destroy their lives for basically no reason that will lead to Jared's end.

I never saw Jared before that morning. I never heard of him. I never saw or heard of any staff that worked at Trinity. Is Jared really going to pretend like he approached me Saturday morning, regurgitated facts I clearly already knew for 5+ years, and I just agreed to an elective colectomy on the spot for the same set of elective reasons that existed for 5+ years?"

Who does Jared think he is going to trick?

Jared's current employer has not seen my texts to my friend. They are going to.

It is obvious no one had any clue this surgery might be taking place until 2 to 6 hours before depending on how late in the morning the other staff was called in. I don't know what time Jared became aware of me. It was probably anywhere from 1 to 3 hours before he approached me.

Jared succeeded in tricking me and destroying my life by doing an emergency surgery for elective reasons away from my eyes.

I will never tolerate Jared's deception.

I see a body like this. And all I can think about is the jiggling it will undergo as it is pulverized. All that flubber is going to be violently shaken. His body will jiggle. There will be nothing left of his face. This repulsive, scumbag body needs to be obliterated.

4/15/24, 8:28 AM
Case 8:24-cr-00312-VMC-SPF
How My Large Intestine Was Stolen - by Robert McDougal
Document 92-11
Filed 12/19/25
Page 18 of 24 PageID
549



Case 8:24-cr-00312-VMC-SPF    Document 92-11    Filed 12/19/25    Page 19 of 24 PageID 550





How My Large Intestine Was Stolen - by Robert McDougal



I see a body like Jared, and I see a canvas. The amount of ground meat and blood that will come from Jared's body won't be for eating, it will paint hundreds of acres of sidewalk, cars, buildings, etc. Jared's body was bred for the world's most explosive single-person assassination.

I look at Jared the same way a farmer looks at a big cow and knows what the post-slaughter glory will bring. It is as if the Frattini's were selectively bred like the chicken on the right—to be as fat and meaty as possible:



Jared's body was built for slaughter. He is by no means functional. He's a bloated, useless, good-for-nothing tank. He is a piece of meat.

Jared is a viscous, lying, sadistic, messy, sloppy sociopath. Like a lot of monstrous creatures, this lying fuck CAME OF NOWHERE, lied to my face, tricked me and did an emergency surgery. I just went to an ER to get a note for work and my hematuria checked out. I was a candidate for an elective colectomy but I had no interest in ever speaking to a surgeon. Jared didn't care and he knew if he could lie and pretend there was an emergency and that he had to do a colectomy right away, this might get me to sign a consent form. Sure enough, the false emergency ploy worked.

I think about this psychopath nonstop. He destroyed my life when I NEVER asked for his opinion or ANYONE'S opinion on my UC that morning or the night before. At this point in my life, I was excited for my future. I never saw the monster coming. I think about him nonstop. I think about him when I cum multiple times a day. He is a viscous monster. A purely dark sinister demon. A cold, calculating pure form of evil. Like most embodiments of evil, he moved at breakneck speed. He came from darkness as a surprise. He's a dark, horrid, repulsive, viscously vile, malicious, murderous gangster. A dysgenic mutant. His very existence defies the notion of a merciful God. Nothing conscious could conceive of something bastardly. His assemblage could only arise from cold, unguided entropy. He is the antithesis of order. He is an obese, disgusting, bloated, acromegalous, stone cold deceptive psycho. He desecrated my life. He massacred my life straight to hell with his ability to lie, point-blank, to strangers' faces. He inflicted unspeakable damage. I loved my life before this creature invited himself into it. I loved my quality of life. Never in a million years would I have elected to ever talk to a surgeon. He is the one that invited

himself into my presence. Jared initiated our relationship. He did not have to destroy my life. He destroyed my life because he is impulsive. I wish someone had the guts to martyr themselves and take Jared out before he had the opportunity to destroy my life.

I have never stopped regretting driving to that ER. It cost me my life quality, will ultimately cost me my freedom and my life. I expected to be there for an hour. Me and Jared never should have crossed paths. It is unfortunate Jared had to do something so sick, so cruel, so wicked, so sinister, so twisted, and maniacal. I am getting my hands on that body. I have craved Jared nonstop for years. I pace constantly—screaming his name telling him to get the fuck away from me as if he is in front of me. I have one palm open, make a fist with my other hand, and pound my first into the open palm. Constantly. For hours on end. Craving that man's body. It is so unfair that I have yet to hurt him. He will suffer a death no one can imagine.

I occasionally don't want his death to be quick. I want it to be slow. I want him to think about me every time he cums for the rest of his life. I dream of seeing him limbless and blind, but conscious. I want bones shattered into pieces. He needs to think about the decision he made that morning to lie to my face in order to do a non-consensual elective surgery disguised as an emergency. There is something more disturbing than death. A consciousness trapped in a body experiencing nothing but physical and emotional pain and regret. I want Jared to experience whatever that is in the most extreme possible way.

The colectomy could have gone 100% smoothly with no complications and I'd still be obsessed with assassinating Jared. The yearning for vengeance would be just as strong. I was always going to figure out that Jared lied to my face.

I can't understand the malice that would drive someone to do something as heinous as what Jared did. Jared came up with a ruse to deceive me. Only he could pull off something so malicious and cruel.

I spend every day completely frozen in horror at those pre-op notes. I am nonstop mortified and disgusted. I am so unbearably enraged and filled with paralyzing hatred. I cannot believe someone could do something so mean as to knowingly destroy someone's life and intentionally do something so life-altering against someone's consent. I cannot understand how Medical Center of Trinity enabled this psychopath to pull this off. He never would have pulled this off without the emergency guise.

I struggle to process the thought process behind such cruelty. I am in emotional turmoil knowing that predator of a surgeon is still out there and potentially hunting surgical candidates.

There is no good faith reading of Jared's actions. He lied to me. He tricked me. He made the choice to make up a lie that I perforated. This was no exaggeration. This was completely made up. This was a dark move. Something only the most wicked of the wicked could even conceive of.

Jared works at AdventHealth North Pinellas. He needs to be gunned down in the parking lot. He needs to be thrown in the back of a truck, and tortured. Brutally tortured. He needs to feel levels of pain no living creature has ever felt.

Medicare funded Jared's rampage and Trinity hires murderously incompetent retards. Why did the free standing ER even transfer me to the main hospital? Why was Jared called in? How did these idiots do all of this so quick?

Case 8:24-cr-00312-VMC-SPF    Document 90-11    Filed 12/19/25    Page 23 of 24 PageID
554

Me driving to that ER was the worst mistake of my life. I did not know how dangerous an environment Trinity cultivates. No one would have expected psychopaths to destroy their life and do so so god damn fast.

Trinity and Medicare will be reversing the damage they caused to my body and life quality.

I will write a follow-up post on exactly what they will do. They have destroyed and shattered four years of my 20s and they have done nothing to correct the damage of their enabling conduct.

They are going to fund the construction of a $5 billion superlab right fucking now. They are going to build massive datasets in a few weeks so an AI model can train on physiomics data and output a drug cocktail that will induce *in vivo* regeneration of my large intestine. They are going to reverse every single scar that they created as well. I will tell them in more detail how they are going to reverse their mess. Maybe don't allow and pay for psychopathic predators to lie to people in order to harm them with nonconsensual operations?

While I work on my next post, those responsible for destroying my life can start by watching this video and start breaking ground on that superlab.





## Comments

Write a comment...

---

© 2024 Robert McDougal · Privacy · Terms · Collection notice
Substack is the home for great culture

Case 8:24-cr-00312-VMC-SPF    Document 92-11    Filed 12/19/25    Page 24 of 24 PageID 555