| | |
|---|---|
| URL | https://www.google.com/search?q=north+pinellas+adventhealth+parking+lot&rlz=1CDGOYI_enUS747US747&oq=north+pinellas+adventhealth+parking+lot&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIHCAEQIRigATIHCAIQIRigAdIBCTEwNjE4ajBqNKgCArACAeIDBBgBIF8&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:11:15.050 AM |
| Title | north pinellas adventhealth parking lot - Google... |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25688) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503634 |

| | |
|---|---|
| URL | https://www.google.com/search?q=build+a+facial+recognition+system&rlz=1CDGOYI_enUS747US747&oq=build+a+facial+&gs_lcrp=EgZjaHJvbWUqBwgBEAAYgAQyBggAEEUYOTIHCAEQABiABDIICAIQABgWGB4yCAgDEAAYFhgeMggIBBAAGBYYHjIICAUQABgWGB4yCAgGEAAYFhgeMggIBxAAGBYYHjIICAgQABgWGB4yCAgJEAAYFhge0gEIMzc3MGowajeoAhqwAgHiAwQYASASBf8&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:12:27.311 AM |
| Title | build a facial recognition system - Google Search |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25691) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503646 |

| | |
|---|---|
| URL | https://realpython.com/face-recognition-with-python/ |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:12:33.033 AM |
| Title | Build Your Own Face Recognition Tool With Python... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25692) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503648 |

| | |
|---|---|
| URL | https://www.google.com/search?q=calculate+recoil+force+gun&rlz=1CDGOYI_enUS747US747&oq=calculate+recoil+force+gun&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIKCAEQABgFGAcYHjIICAIQABiABiAxiABBiKBTINCAMQABiGAxiABBiKBTINCAQQABiGAxiABBiKBTINCAUQABiGAxiABBiKBdIBCTEwNjE4ajBqN6gCGrACAeIDBBgBIF8&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:14:33.252 AM |
| Title | calculate recoil force gun - Google Search |
| Visit Count | 3 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25693) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503653 |

| | |
|---|---|
| URL | https://robrobinette.com/Gun_Recoil_Calculator.html |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:14:43.111 AM |
| Title | Gun Recoil |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25694) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503655 |

| | |
|---|---|
| URL | https://www.outdoorlife.com/articles/guns/rifles/2007/09/calculate-recoil-energy/ |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:33:30.961 AM |
| Title | Calculate Recoil Energy |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25696) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503663 |

| | |
|---|---|
| URL | https://www.google.com/search?q=jared+frattini+office&rlz=1CDGOYI_enUS747US747&oq=jared+frattini+office&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIHCAEQIRigATIHCAIQIRigATIHCAMQIRigATIHCAQQIRigAdIBCDQ1NzVqMGo0qAITsAIB4gMEGAEgXw&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:33:37.645 AM |
| Title | jared frattini office - Google Search |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25697) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503664 |

| | |
|---|---|
| URL | https://www.google.com/search?q=gulf+coast+surgical+group&rlz=1CDGOYI_enUS747US747&oq=gulf+coast+surgical+group&gs_lcrp=EgZjaHJvbWUqCggAEEAY4wIYgAQyCggAEEAAY4wIYgAQyDQgBEC4YrwEYxwEYgAQyBwgCEEAYgAQyCAgDEEAYFhgeMggIBBAAGBYYHjIICAUQABgWGB4yBwgGECEYoAEyBwgHECEYoAHSAQg3NTIzajBqOagCE7ACAeIDBBgBIF8&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:33:57.306 AM |
| Title | gulf coast surgical group - Google Search |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25698) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503668 |

| URL | https://www.google.com/url?sa=i&url=https%3A%2F%2Fwww.mapquest.com%2Fus%2Fflorida%2Fgulf-coast-surgical-group-370934379&psig=AOvVaw1cuhNN0JXjlN2FWy7LDO2B&ust=1711964045601000&source=images&cd=vfe&opi=89978449&ved=0CBcQjhxqFwoTCND45peZnoUDFQAAAAAdAAAAABAE |
|---|---|
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:34:24.966 AM |
| Title | Gulf Coast Surgical Group, 2439 Country Place Blv... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25701) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503678 |

| File Name | IMG_5105.PNG |
|---|---|
| Type | Picture |
| Created Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:35:52.000 AM |
| Bundle ID | com.apple.springboard |
| Display Name | SpringBoard |
| Directory | DCIM/105APPLE |
| UUID | 4F7CDB1B-5D80-4A5F-BFD6-24FBB697725F |
| Modified Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:35:59.960 AM |
| Media |  |
| _Video | [Binary data] |
| Source | • fs-partial-afu.zip\private\var\mobile\Media\PhotoData\Photos.sqlite |
| | • fs-partial-afu.zip\private\var\mobile\Media\DCIM\105APPLE\IMG_5105.PNG |
| | • fs-partial-afu.zip\private\var\mobile\Media\PhotoData\Thumbnails\V2\DCIM\105APPLE\IMG_5105.PNG\5005.JPG |
| | • fs-partial-afu.zip\private\var\mobile\Media\PhotoData\Mutations\DCIM\105APPLE\IMG_5105\Adjustments\FullSizeRender.jpg |
| Location | • Table: ZASSET(Z_PK: 18562) |
| | • Table: ZADDITIONALASSETATTRIBUTES(Z_PK: 18562) |
| | • n/a |
| | • n/a |
| | • n/a |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 2762838 |

Image



| | |
|---|---|
| File Name | IMG_5106.PNG |
| File Extension | .PNG |
| Created Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:37:35.000 AM |
| Last Accessed Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:37:35.000 AM |
| Last Modified Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:37:35.000 AM |
| Size (Bytes) | 5021892 |
| Skin Tone Percentage | 16.1 |
| Original Width | 1290 |
| Original Height | 2796 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1290<br>ImageHeight: 2796<br>DateTimeOriginal: 03/31/2024 02:37:35 |
| MD5 Hash | 680573c18d3fdaa4cd062153eb261513 |
| SHA1 Hash | abb0134136ec27d31bc09e29757cbc76f64381e6 |
| _rawData | [Binary data] |
| Source | • fs-partial-afu.zip\private\var\mobile\Media\DCIM\105APPLE\IMG_5106.PNG |
| Location | • n/a |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 2486221 |

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | +17143139852 |
| | +17143376674 |
| | Local User |
| | Mom (+17143139852) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 49619 |
| First message sent date/time | 11/24/2014 9:06:16.000 AM |
| Last message sent date/time | 5/2/2024 1:09:45.000 PM |
| Case time zone | Pacific Standard Time |

---

**Local User <fs-partial-afu.zip>**

↗ Sent
3/31/2024 2:37:52.000 AM

---

**Local User <fs-partial-afu.zip>**
The psychopath who got me

↗ Sent
3/31/2024 2:38:12.000 AM

---

| URL | https://www.google.com/search?q=smallest+live+camera&rlz=1CDGOYI_enUS747US747&oq=smallest+live+camera&gs_lcrp=EgZjaHJvbWUyCQgAEEUYORiABDIICAEQABgWGB4yCggCEAAYChgWGB4yCAgDEAAYFhgeMg gIBBAAGBYYHjIKCAUQABgPGBYYHjIICAYQABgWGB4yCAgHEAAYFhgeMggICBAAGBYYHjIICAkQABgWGB7SAQg5ODQ ajBqOagCE7ACAeIDBBgBIF8&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
|---|---|
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:52:00.436 AM |
| Title | smallest live camera - Google Search |
| Visit Count | 3 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25703) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503682 |

| | |
|---|---|
| URL | https://www.amazon.com/Smallest-HD1080P-Wireless-Portable-Detection/dp/B09G6SJ64T |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:52:39.899 AM |
| Title | Amazon.com: Smallest Spy Hidden Camera,1080P Wire... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25704) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503685 |

| File Name | IMG_5107.PNG |
|---|---|
| Type | Picture |
| Created Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:56:38.000 AM |
| Bundle ID | com.apple.springboard |
| Display Name | SpringBoard |
| Directory | DCIM/105APPLE |
| UUID | F965B662-4715-4A42-A93C-2CD432744B11 |
| Modified Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 2:56:45.101 AM |
| Media | |



| _Video | [Binary data] |
|---|---|
| Source | • fs-partial-afu.zip\private\var\mobile\Media\PhotoData\Photos.sqlite<br>• fs-partial-afu.zip\private\var\mobile\Media\DCIM\105APPLE\IMG_5107.PNG<br>• fs-partial-afu.zip\private\var\mobile\Media\PhotoData\Thumbnails\V2\DCIM\105APPLE\IMG_5107.PNG\5005.JPG<br>• fs-partial-afu.zip\private\var\mobile\Media\PhotoData\Mutations\DCIM\105APPLE\IMG_5107\Adjustments\FullSizeRender.jpg |
| Location | • Table: ZASSET(Z_PK: 18564)<br>• Table: ZADDITIONALASSETATTRIBUTES(Z_PK: 18564)<br>• n/a<br>• n/a<br>• n/a |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 2762840 |

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | +17143139852<br><br>+17143376674<br><br>Local User<br><br>Mom (+17143139852) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 49619 |
| First message sent date/time | 11/24/2014 9:06:16.000 AM |
| Last message sent date/time | 5/2/2024 1:09:45.000 PM |
| Case time zone | Pacific Standard Time |

> **Local User <fs-partial-afu.zip>**
>
> ↗ Sent
> 3/31/2024 2:56:51.000 AM

> **Local User <fs-partial-afu.zip>**
> How is the takedown of Jared going?
>
> ↗ Sent
> 3/31/2024 2:58:27.000 AM

| URL | https://vibiana.net/products/ultra-small-wifi-security-camera-night-vision-ip-security-surveillance-cam?currency=USD&variant=47057430741305&utm_medium=cpc&utm_source=google&utm_campaign=Google%20Shopping&stkn=080a40942c6f&gad_source=1&gclid=Cj0KCQjwk6SwBhDPARIsAJ59GwcmF<br><br>07VemvUJYrtf9q2DFYxdlolH-ulq4yngW-YcPvV74tyeglV3J4aAsaQEALw_wcB |
|---|---|
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 3:06:54.740 AM |
| Title | Ultra Small WiFi Security Camera Night Vision IP... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25711) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503705 |

| | |
|---|---|
| URL | https://www.google.com/search?gs_ssp=eJzj4tVP1zc0TDYzLy-3tDAyYLRSMahIMTU1sjBPSrYwN01ONTK1MqhINDdLSzZKTUmzMDa1tDQx8-IvyM_JSc1TKMpPyi_JTC4GAKPqFJw&q=pollen+robotics&rlz=1CDGOYI_enUS747US747&oq=pollen+robo&gs_lcrp=EgZjaHJvbWUqDQgBEC4YrwEYxwEYgAQyCggAEAAY4wIYgAQyDQgBEC4YrwEYxwEYgAQyBggCEEUYOTIGCAMQRRg8MggIBBAAGBYYHjIICAUQABgWGB4yCAgGEAAYFhgeMggIBxAAGBYYHjIICAgQABgWGB4gGEINTc2MGowajeoAhmwAgHiAwQYASBf&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 11:54:43.627 AM |
| Title | pollen robotics - Google Search |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25712) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503721 |

| | |
|---|---|
| URL | https://www.pollen-robotics.com/ |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 11:54:51.356 AM |
| Title | Reachy by Pollen Robotics, an open source program... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25713) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503725 |

| | |
|---|---|
| URL | https://medium.com/pollen-robotics/controlling-a-reachy-robot-in-unity-f3d90d550345 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 11:55:28.465 AM |
| Title | Controlling a Reachy robot in Unity \| by Gaelle L... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25714) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503728 |

| | |
|---|---|
| URL | https://medium.com/pollen-robotics/in-need-for-some-ai-robotics-exploration-but-no-access-to-a-physical-robot-no-problem-5c2fa47eeece |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 11:55:53.974 AM |
| Title | In need for some AI/robotics exploration but no a... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25715) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503729 |

| | |
|---|---|
| URL | https://www.google.com/search?q=vr+controlled+hands&rlz=1CDGOYI_enUS747US747&oq=vr+controlled+hands&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIICAEQABgWGB4yCAgCEAAYFhgeMgcIAxAhGKABMgcIBBAhGKABMgcIBRAhGKABMgYIBhAhGBUyBwgHECEYnwUyBwgIECEYnwUyBwgJECEYnwUXSAQg2NzM5ajBqN6gCGbACAeIDBBgBIF8&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 11:59:50.169 AM |
| Title | vr controlled hands - Google Search |
| Visit Count | 3 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25719) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503743 |

| | |
|---|---|
| URL | https://www.knoxlabs.com/products/bhaptics-tactglove-dk1-haptic-gloves?variant=45661482549568&currency=USD&utm_medium=product_sync&utm_source=google&utm_content=sag_organic&utm_campaign=sag_organic&gad_source=1&gclid=Cj0KCQjwk6SwBhDPARIsAJ59GweOVjelBbBIM26RqQ87edvbU5DlQCAUG-iollzQdf0_tAtV9LepsjoaArm6EALw_wcB |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 11:59:59.380 AM |
| Title | TactGlove DK1 Wireless Haptic Gloves | VR Accesso... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25721) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503749 |

| | |
|---|---|
| URL | https://www.google.com/search?q=remote+controlled+vr+robot&rlz=1CDGOYI_enUS747US747&oq=remote+controlled+vr+robot&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIHCAEQIRigATIHCAIQIRigATIHCAMQIRifBTIHCAQQIRifBTIHCAUQIRifBdIBCDk1OTRqMGo5qAITsAIB4gMEGAEgXw&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:00:58.700 PM |
| Title | remote controlled vr robot - Google Search |
| Visit Count | 3 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25723) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503753 |

| | |
|---|---|
| URL | https://robotics.mit.edu/teleoperating-robots-virtual-reality |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:01:10.218 PM |
| Title | Teleoperating robots with virtual reality \| Robot... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25724) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503757 |

| | |
|---|---|
| URL | https://www.brown.edu/news/2023-10-26/vroxy |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:01:38.565 PM |
| Title | Researchers develop VR software to control a robo... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25726) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503758 |

| | |
|---|---|
| URL | https://www.google.com/search?q=Rethink+Robotics&rlz=1CDGOYI_enUS747US747&oq=Rethink+Robotics&gs_lcrp=EgZjaHJvbWUyEggAEEUYORiRAhjjAhiABBiKBTITCAEQLhjHARiRAhjRAxiABBiKBTIHCAIQABiABDIHCAMQABiABDIHCAQQABiABDIHCAUQABiABDIHCAYQABiABDIHCAcQABiABDIHCAgQABiABDIHCAkQABiABNIBCDEwNTFqMGo3qAIasAIB4gMEGAEgXw&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:04:22.297 PM |
| Title | Rethink Robotics - Google Search |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25727) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503760 |

| | |
|---|---|
| URL | https://github.com/Improbable-AI/VisionProTeleop |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:11:02.856 PM |
| Title | GitHub - Improbable-AI/VisionProTeleop: VisionOS... |
| Visit Count | 4 |
| Typed Count | 4 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25729) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503765 |

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 8 |
| Display names | * |
| | __kIMMessagePartAttributeName |
| | +19498386637 |
| | Lani (+19498386637) |
| | Local User |
| | NSNumber |
| | NSValue |
| | x |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 20364 |
| First message sent date/time | 8/11/2016 3:05:41.000 PM |
| Last message sent date/time | 5/1/2024 8:04:20.000 PM |
| Case time zone | Pacific Standard Time |

↗ Sent
3/31/2024 12:45:22.000 PM

**Local User <fs-partial-afu.zip>**
This does end with me killing Jared.

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | +17143139852 |
| | +17143376674 |
| | Local User |
| | Mom (+17143139852) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 49619 |
| First message sent date/time | 11/24/2014 9:06:16.000 AM |
| Last message sent date/time | 5/2/2024 1:09:45.000 PM |
| Case time zone | Pacific Standard Time |

**Local User <fs-partial-afu.zip>**
↗ Sent
3/31/2024 12:45:36.000 PM

This ends with me killing Jared.

**Mom (+17143139852)**
↙ Received
3/31/2024 12:46:11.000 PM

Why do you tell me this every single god damn day of my life

| | |
|---|---|
| URL | https://www.google.com/search?q=ar+15&rlz=1CDGOYI_enUS747US747&oq=ar+15&gs_lcrp=EgZjaHJvbW UyDAgAEEUYORixAxiABDIGCAEQRRg8MgwIAhAjGCcYgAQYigUyCggDEAAYsQMYgAQyCggEEAAYsQMYgAQyCggFEAAY sQMYgAQyDQgGEAAYgwEYsQMYgAQyCggHEAAYsQMYgAQyCggIEAAYsQMYgAQyBwgJEAAYATSAQgxNjU0MajBqN6gC ACAeIDBBgBIF8&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:53:17.645 PM |
| Title | ar 15 - Google Search |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25730) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503768 |

| | |
|---|---|
| URL | https://en.m.wikipedia.org/wiki/AR-15%E2%80%93style_rifle |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:53:22.208 PM |
| Title | AR-15–style rifle - Wikipedia |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25731) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503772 |

| | |
|---|---|
| URL | https://www.google.com/search?q=ar+15+weight&rlz=1CDGOYI_enUS747US747&oq=ar+15+&gs_lcrp=Eg ZjaHJvbWUqDAgDECMYJxiABBiKBTIGCAAQRRg7MgYIARBFGDwyBggCEEUYPDIMCAMQIxgnGIAEGIoFMhMIBBAAGIMB GJECGLEDGIAEGIoFMgoIBRAAGLEDGIAEMgoIBhAAGLEDGIAEMgoIBxAAGLEDGIAEMg0ICBAAGIMBGLEDGIAEMgcICR AAGIAE0gEIMjU2MmowajSoAhOwAgHiAwQYASBf&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:53:38.899 PM |
| Title | ar 15 weight - Google Search |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25732) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503773 |

| | |
|---|---|
| URL | https://www.google.com/search?q=robot+hands&rlz=1CDGOYI_enUS747US747&oq=robot+hands&gs_lcr p=EgZjaHJvbWUyEQgAEEUYFBg5GlcCGIAEGO8EMgYIARBFGDwyDAgCEAAYFBiHAhiABDIHCAMQABiABDIHCAQQABiA BDIHCAUQABiABDIHCAYQABiABDIJCAcQABgKGIAEMgcICBAAGIAEMgcICRAAGIAE0gEINTE2MmowajeoAhqwAgHiAw QYASBf&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:55:35.273 PM |
| Title | robot hands - Google Search |
| Visit Count | 4 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25733) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503777 |

| | |
|---|---|
| URL | https://www.amazon.com/Hiwonder-Robotic-Fingers-Individually-Robot/dp/B09YR3CRSS/ref=asc_d f_B09YR3CRSS/?tag=hyprod-20&linkCode=df0&hvadid=663299301281&hvpos=&hvnetw=g&hvrand=108359 12046553050023&hvpone=&hvptwo=&hvqmt=&hvdev=m&hvdvcmdl=&hvlocint=&hvlocphy=9033325&hvtargi d=pla-2187084994226&psc=1&mcid=a2d863b0121d3c208346dbbd9f698b36 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:55:45.314 PM |
| Title | Amazon.com: HIWONDER Robot Hand Five Fingers Sole... |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25735) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503782 |

| | |
|---|---|
| URL | https://www.googleadservices.com/pagead/aclk?sa=L&ai=DChcSEwikpuuMpJ-FAxWrMa0GHaETB8YYABAI GgJwdg&gclid=Cj0KCQjwk6SwBhDPARIsAJ59Gwe-5A9NiHH7Z8t9B4bwwc1D90wfzG2q_p5WNYa4lyEaWYNImSamu fMaAhrDEALw_wcB&ohost=www.google.com&cid=CAESVuD2yHwB5WxqMK5hr7S-LsXc4GY9enYfpMZBsE_j0d_Er MLei-_ah7v8K5b0G7chD6Qe1bbGnoqcHnNaUnCaJMA74JCd-DrVuP8dmFw4pzK0Wl03EjI6&sig=AOD64_0fitNpSt aZIDgDz8sVOqx0rpYvGw&ctype=5&q=&ved=2ahUKEwisuOKMpJ-FAxWFweYEHYKxBbkQwg8oAHoECAIQHA&adurl= |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:56:10.543 PM |
| Title | The dexterous hands - RobotShop |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25736) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503784 |

| | |
|---|---|
| URL | https://www.shadowrobot.com/dexterous-hand-series/ |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:56:25.245 PM |
| Title | Shadow Dexterous Hand Series - Research and Devel... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25739) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503790 |

| | |
|---|---|
| URL | https://www.google.com/search?q=robot+hands+teleoperate&sca_esv=ef4cce493f4bbe75&sca_upv=1 &rlz=1CDGOYI_enUS747US747&hl=en-US&sxsrf=ACQVn08g8fS9DXj7u4yYFvBmRiD7mEXkHg%3A171191493517 0&ei=t78JZuyACoWDm9cPguOWyAs&oq=robot+hands+teleoperate&gs_lp=EhNtb2JpbGUtZ3dzLXdpei1zZXJw Ihdyb2JvdCBoYW5kcyB0ZWxlb3BlcmF0ZTIFECEYoAEyBRAhGKABSO8bUJsGWIoacAF4AZABAJgBbaaABkwmqAQM0Lj i4AQPIAQD4AQGYAg2gArwJwgIKEAAYRxjWBBiwA8ICDRAAGIAEGIoFGEMYsAPCAg0QLhiABBiKBRhDGLADwgIPEAAY gAQYigUYQxiwAxgKwgIKEAAYgAQYigUYQ8ICBRAAGIAEwgIKEAAYgAQYFBiHAsICBxAAGIAEGArCAgYQABgWGB7CAg gQABgWGB4YD8ICBRAhGJ8FwgIHECEYChigAcICBBAhGBWYAwCIBgGQBhCSBwM0LjmgB_wx&sclient=mobile-gws-wiz-serp#ip=1 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:56:27.691 PM |
| Title | robot hands teleoperation - Google Search |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25743) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503801 |

| | |
|---|---|
| URL | https://en.inspire-robots.com/product-category/the-dexterous-hands?gad_source=1&gclid=Cj0K CQjwk6SwBhDPARIsAJ59Gwfv3Lw90unahxtTiCGtjIrPBr5Ajxg12lTh76eEyo_re1DJYGjXRJcaAlnYEALw_wcB |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 12:56:40.262 PM |
| Title | The Dexterous Hands - INSPIRE |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25742) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503796 |

## IOS IMESSAGE/SMS/MMS

| **CHAT PARTICIPANTS** | |
|---|---|
| Number of participants | 4 |
| Display names | +17143139852<br><br>+17143376674<br><br>Local User<br><br>Mom (+17143139852) |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 49619 |
| First message sent date/time | 11/24/2014 9:06:16.000 AM |
| Last message sent date/time | 5/2/2024 1:09:45.000 PM |
| Case time zone | Pacific Standard Time |

↗ Sent

**Local User <fs-partial-afu.zip>**    3/31/2024 3:47:35.000 PM

There is a forrest across from Jared's office

↗ Sent

**Local User <fs-partial-afu.zip>**    3/31/2024 3:48:39.000 PM

I could have a camera pointed at the parking spaces in front of his office. The second I see him, I control a drone with attached assault rifles and direct it to charge at him and blast away.

↗ Sent

**Local User <fs-partial-afu.zip>**    3/31/2024 3:49:01.000 PM

I could control this from anywhere in the world.

| | |
|---|---|
| URL | https://www.google.com/search?q=setting+up+wifi+in+forresr&rlz=1CDGOYI_enUS747US747&oq=setting+up+wifi+in+forresr&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIJCAEQIRgKGKABMgkIAhAhGAoYoAEyCQgDECEYChigATIHCAQQQIRifBdIBCDY2NDhqMGo0qAlTsAIB4gMEGAEgXw&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:24:27.108 PM |
| Title | setting up wifi in forest - Google Search |
| Visit Count | 3 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25753) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503827 |

| | |
|---|---|
| URL | https://www.forestriverforums.com/forums/f34/wifi-ranger-for-dummies-219932.html |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:24:46.621 PM |
| Title | WiFi Ranger For Dummies - Forest River Forums |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25754) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503830 |

| | |
|---|---|
| URL | https://www.starlink.com/residential?utm_source=google&utm_medium=paid&utm_campaign=lf_us_res_egn_src_ggl_ctg_one-b&utm_content=686140982122&utm_term=wifi%20plan&utm_id=&gad_source=1&gclid=Cj0KCQjwk6SwBhDPARIsAJ59GweLIeFO5T3jh0YxL4wuU1Vicicxcvu_w94eb3y5noSUUw-uRb00q9IaApROEALw_wcB |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:25:13.150 PM |
| Title | Starlink \| Residential |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25758) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503841 |

Image



| | |
|---|---|
| File Name | IMG_5111.PNG |
| File Extension | .PNG |
| Created Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:25:51.000 PM |
| Last Accessed Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 4/18/2024 5:55:42.000 PM |
| Last Modified Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:25:51.000 PM |
| Size (Bytes) | 2497926 |
| Skin Tone Percentage | 8.4 |
| Original Width | 1290 |
| Original Height | 2796 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1290<br>ImageHeight: 2796<br>DateTimeOriginal: 03/31/2024 18:25:51 |
| MD5 Hash | 65366c187dcb7d92e04fbcd02b6111b3 |
| SHA1 Hash | a6e23fd274d3796a118721e96a3e2a5552e473b5 |
| _rawData | [Binary data] |
| Source | • fs-partial-afu.zip\private\var\mobile\Media\DCIM\105APPLE\IMG_5111.PNG |
| Location | • n/a |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 2480604 |

| | |
|---|---|
| URL | https://www.google.com/search?q=industrial+drones+heavy+load&rlz=1CDGOYI_enUS747US747&oq=industrial+drones+heavy+load&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIHCAEQIRigATIHCAIQIRigATIHCAMQIRifBdIBCDc1MzJqMGo3qAIZsAIB4gMEGAEgXw&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:30:16.446 PM |
| Title | industrial drones heavy load - Google Search |
| Visit Count | 3 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25760) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503846 |

| | |
|---|---|
| URL | https://www.arcskytech.com/heavy-lift?gad_source=1&gclid=Cj0KCQjwk6SwBhDPARIsAJ59GwcirBZ4UFJDbVvnoSnWyGI-nCPMQYCbxNTQ4zg9Axa3dUWuPMNk0YcaAhKmEALw_wcB |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:30:21.175 PM |
| Title | Heavy Lift Drone | Arcsky X55 |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25762) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503851 |

| | |
|---|---|
| URL | https://skyfront.com/?gad_source=1&gbraid=0AAAAADbTg-7pm4x1X2SlhORJF12_rMTRi&gclid=Cj0KCQjwk6SwBhDPARIsAJ59GwekrutukwrA6sOdTc8_ZtDv-K5_kSkMwAsKc3rEsA4SVqMXKWGlpeIaAjzmEALw_wcB |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:30:30.490 PM |
| Title | Skyfront | Leaders in long endurance hybrid drones |
| Visit Count | 3 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25764) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503853 |

| | |
|---|---|
| URL | https://www.deltaquad.com/?utm_term=commercial%20drone&utm_campaign=NB%20-%20EN%20-%20Gene ric&utm_source=Google&utm_medium=cpc&hsa_acc=1674375646&hsa_cam=16993495834&hsa_grp=147482 923340&hsa_ad=650271389930&hsa_src=g&hsa_tgt=kwd-301996250118&hsa_kw=commercial%20drone&hs a_mt=p&hsa_net=adwords&hsa_ver=3&gad_source=1&gbraid=0AAAAADHXIau8-Cj6s4HowUndaPH4krExN&gc lid=Cj0KCQjwk6SwBhDPARIsAJ59GwdMrJIJyfIAmjRnf42AHGZDF7FOym1MUyx-_wua6YqxBe52FpyRIEUaAigCEA Lw_wcB |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:30:32.249 PM |
| Title | Explore the DeltaQuad VTOL UAVs \| DeltaQuad |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25766) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503859 |

| | |
|---|---|
| URL | https://www.google.com/search?q=3+kg+in+lbs&rlz=1CDGOYI_enUS747US747&oq=3+kg+in&gs_lcrp=Eg ZjaHJvbWUqBwgCEAAYgAQyBggAEEUYOTIHCAEQABiABDIHCAIQABiABDIGCAMQRRg8MgcIBBAAGIAEMgcIBRAAGIAE MgcIBhAAGIAEMgcIBxAAGIAEMgcICBAAGIAEMgcICRAAGIAE0gEIMzUxNWowajeoAhmwAgHiAwQYASBf&hl=en-US& sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:30:52.077 PM |
| Title | 3 kg in lbs - Google Search |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25767) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503862 |

| | |
|---|---|
| URL | https://www.deltaquad.com/tactical/tac/ |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:31:11.926 PM |
| Title | DeltaQuad Evo Tactical Edition: VTOL UAV for Defe... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25768) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503864 |

| | |
|---|---|
| URL | https://www.arcskytech.com/buy |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:32:08.122 PM |
| Title | Buy \| arcsky X55 |
| Visit Count | 2 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25769) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503865 |

| | |
|---|---|
| URL | https://www.google.com/search?q=drone+control+anywhere&rlz=1CDGOYI_enUS747US747&oq=drone+control+anywhere&gs_lcrp=EgZjaHJvbWUyBggAEEUYODlBCDY2MjlqMGo3qAIZsAIB4gMEGAEgXw&hl=en-US&sourceid=chrome-mobile&ie=UTF-8 |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:32:39.782 PM |
| Title | drone control anywhere - Google Search |
| Visit Count | 3 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25771) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503869 |

| | |
|---|---|
| URL | https://www.skypersonic.net/remote-piloting/# |
| Last Visited Date/Time - UTC-08:00 (M/d/yyyy)[DST] | 3/31/2024 6:33:22.201 PM |
| Title | DroneBox Unlimited Distance Remote Piloting - Sky... |
| Visit Count | 1 |
| Typed Count | 0 |
| Source | • fs-partial-afu.zip\private\var\mobile\Containers\Data\Application\76C0FB00-A900-467E-8985-7759B6054DD8\Library\Application Support\Google\Chrome\Default\History |
| Location | • Table: urls(id: 25774) |
| Evidence number | • fs-partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 3503875 |

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 8 |
| Display names | * |
| | __kIMMessagePartAttributeName |
| | +19498386637 |
| | Lani (+19498386637) |
| | Local User |
| | NSNumber |
| | NSValue |
| | x |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 20364 |
| First message sent date/time | 8/11/2016 3:05:41.000 PM |
| Last message sent date/time | 5/1/2024 8:04:20.000 PM |
| Case time zone | Pacific Standard Time |

↗ Sent

**Local User <fs-partial-afu.zip>**    3/31/2024 6:54:07.000 PM

Lani, violence absolutely is the answer when we are talking about a demonic force like Jared.

↗ Sent

**Local User <fs-partial-afu.zip>**    3/31/2024 6:54:29.000 PM

Your pacifism does not apply to the horror that is Jared.

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
| --- | --- |
| Number of participants | 3 |
| Display names | +17148786288<br><br>Joseph Yanez (+17148786288)<br><br>Local User |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 13779 |
| First message sent date/time | 11/21/2014 9:08:41.000 PM |
| Last message sent date/time | 4/26/2024 3:42:50.000 PM |
| Case time zone | Pacific Standard Time |

**Local User <fs-partial-afu.zip>**

↗ Sent
3/31/2024 7:06:50.000 PM

[OBJ]

**Local User <fs-partial-afu.zip>**

↗ Sent
3/31/2024 7:07:12.000 PM

[OBJ]

**Local User <fs-partial-afu.zip>**

↗ Sent
3/31/2024 7:07:33.000 PM

Do you think he'll be an easy kill?

