**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**                    **Case No.: 8:24-cr-312-VMC-SPF**

**v.**                                                          **Sentencing**   ✓

**ROBERT BOUTON MCDOUGAL**                    **Trial**   _____

| \| | DEFENDANT'S EXHIBIT LIST | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1 | 12/19/25 | 12/19/25 | Jeffrey Danziger | Dr. Danziger's Report |
| | | | | |
| | | | | |