UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA    :

v.                         :       Case No. 8:24-CR-00312-VMC-SPF

ROBERT BOUTON MCDOUGAL        :

**NOTICE OF APPEAL**

Notice is given that the Defendant, Robert Bouton McDougal, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the final judgment and sentence entered on December 19, 2025.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s./ <em>Bjorn E. Brunvand</em><br>
BJORN E. BRUNVAND, ESQ.<br>
BRUNVAND, WISE & FARINELLA<br>
Counsel for the Defendant<br>
615 Turner Street<br>
Clearwater, FL 33756<br>
Telephone:  727-446-7505<br>
Facsimile:  727-446-8147<br>
Email: bjorn@acquitter.com<br>
Florida Bar No. 0831077