UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:24-cr-312-VMC-SPF

ROBERT MCDOUGAL
_____/

## **ORDER**

Before the Court is a letter from Defendant's mother, Marla Maclean, construed as a motion to appoint an attorney "to handle a compassionate release for Robert McDougal" (Doc. S-127). Maclean, however, is not a member of, nor has she been specially admitted to, the Middle District of Florida bar. Consequently, Maclean is not authorized to file a motion (or letter) on her son's behalf. *See* Local Rule 2.01.

Moreover, McDougal is represented by counsel in his direct appeal of the judgment in this case (Doc. 104). McDougal has no constitutional right to counsel beyond his first appeal. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("We have never held that prisoners have a constitutional right to counsel when mounting collateral attacks upon their convictions. ... Our cases establish that the right to appointed counsel extends to the first appeal of right, and no further."); *see also United States v. Berger*, 375 F.3d 1223, 1226 (11th Cir. 2004) (holding there is no Sixth Amendment right to counsel in connection with a post-conviction, post-appeal Fed. R. Crim. P. 33 motion for a new trial.); *Hooks v. Wainwright*, 775 F.2d 1433, 1438 (11th Cir. 1985) (holding that "there is no automatic constitutional right to representation in a federal habeas corpus proceeding").

1

In collateral proceedings challenging a conviction, appointment of counsel is necessary only when due process or "the interests of justice" require it. 18 U.S.C. § 3006A(a)(2)(B).   Neither the interests of justice nor due process requires the appointment of counsel in this case.   McDougal has failed to establish that the issues to be raised are t so novel or complex as to require the assistance of a trained lawyer.

Accordingly, it is ORDERED that the Construed Motion to Appoint Counsel (Doc. S-127) is DENIED.

**ORDERED** in Tampa, Florida on April 28, 2026.


SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE